**District Court of the United States**

**For the Sacramento District, California**



**FILED**

OCT 2 2 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**Motion to Confirm Arbitration Award**

(Supported by Memorandum of Law & Affidavit)

---

Joseph B. Elfar (a.k.a. Youssef Far)
Petitioner

**2: 2 0 - MC - 0 2 7 3 TLN KJN PS**

vs.

Motion to Confirm

WILMINGTON TRUST, N.A.
&
FAY SERVICING, LLC,
Respondents

---

Pursuant to arbitration clauses in a private contract between the parties named above, an arbitration hearing took place and concluded on March 23, 2020 @ 12 pm CST by Zoom call over the internet, which gives this court jurisdiction over this matter; see the Federal Arbitration Act 9 USC sections 9 & 12 ("3 months").

The conclusion of said hearing resulted in both, the enclosed "AAMS Arbitration Award | 2020", "AAMS Award No. 180884-JBE" and the enclosed "AAMS Arbitration Award Addendum 2020" (see Exhibits 2 & 3 attached to the enclosed Memorandum of Law & Affidavit"). Petitioner therefore requests this court to confirm that arbitration award by entering judgment in favor of Petitioner and against the Respondents, as shown in the attached, sample "Order" which is incorporated hereto as if fully set forth here.

Motion to Seal Case

Furthermore, due to Petitioner's documents containing factual information not favorable to Respondents' reputation (i.e.: jeopardizing many jobs), Petitioner motions to seal this case on the condition that Respondents expressly waive all defenses and claims in this matter, in writing, signed by an auth rep and submitted into this case.

By _____ Grantor, beneficiary & auth rep to Petitioner.

## Certificate of Service
### to Confirm Arbitration Award

I, the undersigned Grantor, verify the "documents" listed below and enclosed, are true copies of the originals in my possession or under my control, that I am filing them into federal court as a special and that I served copies to the "addressees" listed below, by certified mail on the date of my signature below.

### "documents"

Notice of Filing

Motion to Confirm Arbitration Award (with proposed "Order")

Memorandum of Law & Affidavit – with its Exhibits 2-14

> Exhibit 2 - "AAMS Arbitration Award | 2020", "AAMS Award No. 180884-JBE".
>
> Exhibit 3 – "AAMS Arbitration addended award for treble damages
>
> Exhibit 4 – "Notice of Redraft of Contract No. / Loan # 180884 by Affidavit and Settlement Agreement"; plus all "Attachments" (e.g.: "Demand for Proof of Claim").
>
> Exhibit 5 - Certificate of Service by Notary [1ˢᵗ mailing] with related proofs of service.
>
> Exhibit 6 - Certificates of Service by Notary [2nd mailing] with "Memorandum of Security Interest & Failure to Transfer to REMIC" and related proofs of service.
>
> Exhibit 7 - The Certificate of Acceptance (signed by notary) and Affidavit of Nihil Dicit.
>
> Exhibit 8 - Escrow confirmation letter and relative proofs of service
>
> Exhibit 9 - See Exhibit 13 which contains the recorded/registered Negotiable Securities
>
> Exhibit 10 – attested CUSIP report
>
> Exhibit 11 - Affidavit of Trust.
>
> Exhibit 12 - UCC1 on closing note.
>
> Exhibit 13 – Docs recorded in Clark County Illinois
>
> Exhibit 14 - excerpt of application to Arbitrator, showing location of arbitration clauses

### "addressees"

REGISTERED AGENT SOLUTIONS, INC. (Registered Agent for Fay Servicing, LLC), 1701 Directors Blvd., Suite 300, Austin TX 78744, by Certified Mail# 7019 0700 0000 5593 7160

Corporation Service Co., (Registered Agent for Wilmington Trust), 251 LITTLE FALLS DRIVE, WILMINGTON DE 19808, by Certified Mail# 7019 0700 0000 5593 7177

Grantor, _____ beneficiary,

auth rep to Joseph B. Elfar. DATE: 10/7/2020

businesssearch.sos.ca.gov/CBS/Detail

# California Secretary of State

**Business**   Notary X Apostille   Elections       State Archives   Registries   News   Contact

## ss Entities (BE)

s

ement of Information

ion Statement of

arch

ed Disclosure Search

essing Dates

s

ty

s & Fees

nformation
al reports)

quests (certificates,
s reports)

:ess

## 🔍 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday September 15, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a certified record of an entity. Not all images are available online.

### 200811910013   FAY SERVICING, LLC

| | |
|---|---|
| **Registration Date:** | 04/25/2008 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **REGISTERED AGENT SOLUTIONS, INC.** **(C2392069)** To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate |
| **Entity Address:** | 425 S FINANCIAL PLACE, SUITE 2000 CHICAGO IL 60605 |
| **Entity Mailing Address:** | 425 S FINANCIAL PLACE, SUITE 2000 CHICAGO IL 60605 |
| **LLC Management** | * |

🛒 **Certificate of Status**

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of 1...

businesssearch.sos.ca.gov/CBS/Detail

# California Secretary of State

usiness   Notary & Apostille   Elections   Campaign & Lobbying   State Archives   Registries   News   Contact

s Entities (BE)

## Business Search - Entity Detail

ment of Information

on Statement of

rch

d Disclosure Search

ssing Dates

/

& Fees

iformation
reports)

uests (certificates,
reports)

ss

The California Business Search is updated daily and reflects work processed through Tuesday, September ? document **Processing Times** for the received dates of filings currently being processed. The data provided is not certified record of an entity. Not all images are available online.

### C3599601    WILMINGTON TRUST SP SERVICES, INC.

| | |
|---|---|
| **Registration Date:** | 08/21/2013 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE (C1592199)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate |
| **Entity Address:** | 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| **Entity Mailing Address:** | 1100 N MARKET STREET WILMINGTON DE 19801 |

A Statement of Information is due EVERY year beginning five months before and through the end of Aug ...

🛒 **Certific**

🔒 businesssearch.sos.ca.gov/CBS/Deta'

# California Secretary of State

| Business | Notary & Apostille | Elections | Campaign & Lobbying | State Archives | Registries | News | Contact |

ss Entities (BE)

s

ament of Information

ion Statement of

arch

ed Disclosure Search

essing Dates

s

ty

s & Fees

nformation
d reports)

quests (certificates,
· reports)

:ess

## 🔍 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, Septem: ··  ·
document **Processing Times** for the received dates of filings currently being processed. The data p·  ·
certified record of an entity. Not all images are available online.

### C1592199    CORPORATION SERVICE COMPANY WHICH WILL DO BUSIN
### CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE

| | |
|---|---|
| **Registration Date:** | 07/31/1987 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **THE PRENTICE-HALL CORPORATION SYSTEM, INC. (C0257078)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate |

🛒 Certific

| | |
|---|---|
| **Entity Address:** | 251 LITTLE FALLS DRIVE WILMINGTON DE 19808 |
| **Entity Mailing Address:** | 251 LITTLE FALLS DRIVE WILMINGTON DE 19808 |

A Statement of Information is due EVERY year beginning five months before and through the end of July

businesssearch.sos.ca.gov/CBS/Detail

ent   Skip to Footer

# Alex Padilla
# California Secretary of State

| Business | Notary & Apostille | Elections | Campaign & Lobbying | State Archives | Registries | News | Contact |

ss Entities (BE)

's

ement of Information

tion Statement of

arch

ed Disclosure Search

:essing Dates

is

ity

s & Fees

Information
al reports)

## Q Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, September
document **Processing Times** for the received dates of filings currently being processed. The date is for
certified record of an entity. Not all images are available online.

## C2392069   REGISTERED AGENT SOLUTIONS, INC.

| | |
|---|---|
| **Registration Date:** | 03/01/2002 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | RICARDO OROZCO |
| | 1220 S ST STE 150 |
| | SACRAMENTO CA 95811 |
| **Entity Address:** | 1701 DIRECTORS BLVD STE 300 |
| | AUSTIN TX 78744 |
| **Entity Mailing Address:** | 1701 DIRECTORS BLVD STE 300 |
| | AUSTIN TX 78744 |

🛒 Certifi

A Statement of Information is due EVERY year beginning five months before and through the end of the

**District Court of the United States**

**For the Sacramento District, California**

**Notice of Filing**

---

Joseph B. Elfar (a.k.a. Youssef Far)
Petitioner

vs.

WILMINGTON TRUST, N.A.
&
FAY SERVICING, LLC,
Respondents

---

Petitioner hereby gives notice that Petitioner did file its motion to confirm arbitration and supporting documents in the above-named court, as a special deposit to be adjudicated. Petitioner is unrepresented. *cf.* Haines vs Kerner, et al. No. 70-5025 404 U.S. 519 (1972).

/s/Joseph B.Elfar, by its authorized representative,

Youssef-Bishara, Elfar, Grantor, beneficiary

# District Court of the United States

## For the Sacramento District, California

(Sample)

## Order

---

Joseph B. Elfar (a.k.a. Youssef Far)
Petitioner

vs.

Wilmington Trust, N.A.
and
Fay Servicing, LLC,
Respondents

---

1. After review of the "AAMS Arbitration Award | 2020", "AAMS Award No. 180884-JBE" and the "Memorandum of Law & Affidavit" with its supporting evidence, in the record of this case, and observing that Respondents have forfeited remedy under Title 9 U.S.C. section 12: It is hereby adjudged, ordered and decreed in favor of Petitioner and against Respondents:

    A. Pursuant to paragraph "m" and "n" on page 6 of said AAMS award, Wilmington Trust, N.A. must immediately (within 14 days) pay and tender the following amount to Petitioner, in certified funds in U.S. dollars: $1,686 136.00.

    B. Pursuant to paragraph "m" and "o" on page 6 of said AAMS award, Fay Servicing, LLC, must immediately (within 14 days) pay and tender the following amount to Petitioner, in certified funds in U.S. dollars: $1,659,636.00.

    C. Respondents must notify all relevant credit bureaus that all adverse reporting from

Respondent was and is in error and must be retracted immediatel

D. Respondents must record all necessary documents in the county registry of deeds, to demonstrate complete discharge, settlement, and closure of the alleged loan and to rescind & retract of all adverse acts such as foreclosure proceedings.


E. Respondents must immediately deliver to Petitioner: the real estate mortgage, related title papers such as title opinions, title binders, certificates of title and abstracts which are the property of the claimant and any water stock certificates securities that are the property of Petitioner.

2. After review of the "AAMS Arbitration Award Addendum | 2020" ("Addendum" for treble damages) and the "Memorandum of Law & Affidavit" with its supporting evidence, in the record of this case, that Respondents have failed to comply within the 30 (thirty) days and have forfeited remedy under Title 9 U.S.C. section 12: It is therefore adjudged, ordered and decreed in favor of Petitioner and against Respondents:


A. Pursuant to page 6 in said "Addendum", Wilmington Trust, N.A. must immediately (within 14 days) pay and tender all the following amounts to Petitioner in certified funds in U.S. Dollars:

| | |
|---|---|
| Compensatory Damages: | $5,000,000.00 |
| Punitive Damages: | $2,000,000.00 |
| $10,000 per day times 144 days: | $1,440,000.00 |

B. Pursuant to paragraph 6 in said "Addendum", Fay Servicing, LLC, must immediately (within 14 days) pay and tender all the following amounts to Petitioner in certified funds in U.S. Dollars:

| | |
|---|---|
| Compensatory Damages: | $5,000,000.00 |
| Punitive Damages: | $2,000,000.00 |
| $10,000 per day times 144 days: | $1,440,000.00 |


Judge: _____

**District Court of the United States**

**For the Sacramento District, California**

**Memorandum of Law & Affidavit**

(In support of Motion to Confirm Arbitration Award)

---

Joseph B. Elfar (a.k.a. Youssef Far)
Petitioner

vs.                                              Motion to Confirm

WILMINGTON TRUST, N.A.
&
FAY SERVICING, LLC,
Respondents

---

Contents:

Evidence list (pg. 2)

Acceptance of Oaths (pg. 2)

Jurisdiction (pg. 3)

Summary & Redress Sought (pg. 3)

Explanation (pg. 4)

**Affidavit** (pg. 5)

Valid Contract with arbitration clauses (pg. 6)

Status of Claimant & Petitioner (trust, Grantor, beneficiary) (pg. 8)

Evidence list:

Exhibit 1 – Certificate of Service to Confirm Arbitration Award

Exhibit 2 - "AAMS Arbitration Award | 2020", "AAMS Award No. 180884-JBE".

Exhibit 3 – "AAMS Arbitration Award Addendum | 2020" ("Addendum" for treble damages)

Exhibit 4 – "Notice of Redraft of Contract No. / Loan # 180884 by Affidavit and Settlement Agreement"; plus all "Attachments" (e.g.: "Demand for Proof of Claim").

Exhibit 5 - Certificate of Service by Notary [1ˢᵗ mailing] with related proofs of service.

Exhibit 6 - Certificates of Service by Notary [2nd mailing] with "Memorandum of Security Interest & Failure to Transfer to REMIC" and related proofs of service.

Exhibit 7 - The Certificate of Acceptance (signed by notary) and Affidavit of Nihil Dicit.

Exhibit 8 - Escrow confirmation letter and relative proofs of service

Exhibit 9 – See Exhibit 13 which contains the recorded/registered Negotiable Securities

Exhibit 10 – attested CUSIP report

Exhibit 11 - Affidavit of Trust.

Exhibit 12 - UCC1 on closing note.

Exhibit 13 – Docs recorded in Clark County Illinois

Exhibit 14 - excerpt of application to Arbitrator, showing location of arbitration clauses


Acceptance of Oaths


NOTICE #1: Without intent to traverse, I, the undersigned, Youssef-Bishara. Elfar. am authorized representative, Grantor and sole beneficiary to the trust known to be, Joseph B Elfar (a.k.a. Youssef Far), Petitioner herein, hereinafter "Claimant", do hereby appoint each judiciary employee affecting this matter, to be trustees, and I accept their oaths to the federal Constitution, as a valid, binding and firm contract to protect both my beneficial interest in my property in this matter, my right to contract and to protect my religious belief that I have an unalienable right to own property, given to me from God (Yahweh) of the Holy Scriptures, since you swore "*so help me God*".

*cf.* Public Law 97-280.  Psalm 19:7, Ecclesiastes 12:13 and Exodus 20:15

*cf.* Public Law 97-280. Psalm 19:7, Ecclesiastes 12:13 and Exodus 20:15

NOTICE #2: Respondent, through repetitive acts in fraud, harassment, and oppression against Petitioner, has tried to extort Claimant's beneficial interests in both, the home at 5330 Springridge Court, Fairfield, California **Republic and Petitioner's financial assets described** in Exhibits 4, 6, 11 & 12. **I, Claimant, being sole beneficiary in this matter,** said home and financial assets, therefore especially accept & invoke each said judicial employee's sworn oath, "so help me God", to uphold the sections of the federal Constitution known to be, Article VI clause 2 ("Supreme Law") and Article IV section 4 ("Republican form of Government") in the federal Constitution, Article I section 10 ("...impairing the obligation of contracts"), plus its amendments, Article IV of Bill of Rights (pertaining to Property cannot be taken without a warrant sworn under oath of affirmation) and Article V of Bill of Rights (i.e: Property cannot be taken without just compensation and due process of law); plus their oaths to U.N. Treaty, "Universal Declaration of Human Rights", especially Articles 2, 3, 8 & 12.

## Jurisdiction

This court has jurisdiction to adjudicate said private contract since there is diversity of citizenship and the matter exceeds $75,000.00. The parties have agreed to Title 9 U.S.C. 1-16 as terms within the private contract between the parties (- see Exhibits 4 & 14).

## Summary & Redress Sought

On or about February, 2020, Petitioner and Respondent consummated a contract "Notice of Redraft ..." (Exhibits 4-11 & 13) containing Arbitration clauses (Exhibit 14) which became the basis for an Arbitration award (Exhibits 2) issued on March 27, 2020 and its "Addendum" for treble damages (Exhibit 3) awarded September 2, 2020 being issued per paragraph 41 of said "Notice of Redraft ..." contract (Exhibit 4). Therefore, Claimant, now moves this court to confirm both, said arbitration award and said treble damages, as shown on the sample "Order" attached to the enclosed "Motion to Confirm Arbitration Award".

Explanation

Title 9 U.S.C. sec. 10 (a) and sec.11 (a), b) & (c) provide the court authority to "vacate, modify, or correct an award" upon motion to do so, however, both Petitioner and Respondent are now time-barred by the "3 months" specified at Title USC § 12 (– see verified averments in later pages herein). Therefore:

Per Title 9 U.S.C. § 9, when a party seeks a court order confirming an arbitration award within one year of such award being issued (as is the situation here), the court must grant such confirmation. See Doctor's Assocs., Inc. v Casarotto, 116 S. Ct. 1652, 1657 (1996) (stating the purpose of the Federal Arbitration Act is to ensure that private agreements to arbitration are enforced); Allied Bruce Terminix Cos v. Dobson, 115 S. Ct. 834, 838 (1995) ("[T]he basic purpose of the Federal Arbitration Act is to overcome the courts' refusals to enforce agreements to arbitrate."); Southland Corp. v. Keating 465 U.S. 1, 15-16 (1984) (holding the Federal Arbitration Act preempts state law and state courts cannot apply state statutes that invalidate arbitration agreements).

The standard of review of an arbitrator's decisions by the court is very narrow. The scope of review is limited, and the court will not examine the validity of the decision except to the extent that the award exceeds the agreement of the parties. See Burchell v. Marsh, 58 U.S. 344, 349 S. Ct. (1854) (stating the appropriate scope of judicial review is whether the award is the honest decision of the arbitrator, made within the scope of the arbitrator's power, and that a court will not otherwise set aside and award for error, either in law of fact); Coast Trading Co. v. Pacific Molasses Co., 681 F.2d 1195, 1197-98 (9th Cir. 1982).

Accordingly, Justice Kavanaugh of the Supreme Court expressed his opinion as "We must interpret the act as written, and the Act in turn requires that we interpret the contract as written. When the parties' contract delegates the arbitrability question to an arbitrator, a

court may not override the contract. In those circumstances, a court possesses no power to decide the arbitrability issue. That is true even if the court thinks that the argument that the arbitration agreement applies to a particular dispute is wholly groundless."

Further, Kavanaugh continued: "that conclusion follows not only from the text of the Act but also from the precedent. We have held that a court nay not "rule on the potential merits of the underlying" claim that is assigned by contract to an arbitrator, "even if it appears to the court to be frivolous". A court has "no business weighing the merits of the grievances" because the "agreement is to submit all grievances to arbitration. Not merely those which the court will deem meritorious". AT & T technologies principle applies with equal force to the threshold issue of arbitrability. Just as a court may not decide a merits questions that the parties have delegated to an arbitrator.

Here, the arbitrator(s), having considered the pleadings and other evidence presented at the hearing, determined that Respondents were liable to Petitioner for the amounts and awards shown at both, page 6 of said Arbitration Award (Exhibit 2) and at page 3 of said "Addendum" awarding for treble damages (Exhibit 3) .

The arbitrator also determined that Respondents have no past, present or future claim against either Petitioner or Petitioner's property: See Exhibits 11 & 12 proving the sole beneficiary to this matter. Regarding said Exhibit 11, please see Exhibits 8, 9 & 10 (demonstrating Respondents accepted the benefit of the contract in Exhibit 4 ("Notice of Redraft     ") at paragraphs 20, 21 and 31.(F). See undisputed Affidavit paragraphs 3-17 in Exhibit 4 and see Exhibit 12, all proving Claimant is now and has always held exclusive ownership to all financial assets in # 188084, and *cf.* UCC §§8-501 & 502. *cf.* 7CFR 1955.155(c) & (2).

<u>Verification to Facts</u>:  I, Claimant, verify by affirmation and my firsthand beliefs and experiences, that I am competent, being age of majority, not a minor, and now make the following statements to be true, correct and complete, without intent to mislead:

1. Claimant believes no man or woman can or will testify or prove contrary to Claimant's statements herein;

2. Claimant has neither seen nor been presented with verified testimony or proof, verified by firsthand knowledge, under affirmation or oath, being contrary to Claimant's statements herein:

3.Claimant verifies the enclosed Exhibits 1- 14. referenced above under "Evidence List", are true copies to the originals under Claimant's control or possession.

### Valid contract with arbitration clauses

4.  Claimant believes and states that "Notice of Redraft of Contract No. / Loan # 180884 by Affidavit and Settlement Agreement" (Exhibit 4) and its subpart referenced on page under "Attachment",  titled "Demand for Proof of Claim" constitute a valid, enforceable contract containing arbitration clauses; and Claimant believes no contrary, evidence or material fact, verified by firsthand knowledge, exists or will come forth. See Exhibit 14 for summary of arbitration clauses in said contract (i.e.: contained in Exhibit 4 and Memorandum at Exhibit 6) NOTICE: It is solely the arbitrator's authority to determine validity of said contract.

5.  Claimant has not seen evidence or material fact, verified by firsthand knowledge, related to a person asserting a verified proof to a claim, which either disputes the validity and enforceability to said contract or, its basis for the AAMS Arbitration Award | 2020", "AAMS Award No. 180884-JBE" (Exhibit 2) and the Arbitration "Addendum" awarding treble damages (Exhibit 3): and Claimant believes none exists.

6. Claimant believes and states that Respondents fully accepted the benefit(s) to said contract, being the Negotiable Securities referenced in Exhibits 8, 9, 10 & 13; and Claimant believes no verified contrary evidence or testimony exists and none will come forth.

7. Claimant believes and states that said Negotiable Securities are in accord with paragraphs 20, 21 and 31.(F) in said contract ("Notice of Redraft ..."); and Claimant believes no verified, contrary evidence or testimony exist and none will come forth.

8. Claimant believes and states that is an undisputed fact that the Escrow confirmation letter at Exhibit 8 and the attested CUSIP report at Exhibit 10, demonstrate Respondents have both accepted and monetized said Negotiable Securities.

> NOTICE: Claimant believes Respondents would commit felonies by saying contrary to the statements herein, *cf.* 18 U.S.C. secs 2071 &1018. *cf.* UCC 3-104(e), 3-603(a) & (b); **50 U.S.C. §§ 4305(b)(2), 4307(e)**; citations in Exhibit 9. See Exhibit 6 re "Memorandum of Security Interest..."

9. Claimant believes & states it is an undisputed fact, that Claimant intended and intends said Negotiable Securities as a donation to Respondents, to seek relief from the mental terror Respondent was causing to Claimant, without Claimant's intent to admit to a debt owing to Respondent. See Exhibit 4, paragraphs 3 to 17, and see "Attachments" referenced on page 1 of said contract (Exhibit 4). See Exhibit 6 re "Memorandum of Security ..."

10. Claimant has not seen evidence or material fact, verified by firsthand knowledge under oath or affirmation, related to a person asserting a verified proof to a claim, which disputes that said contract (Exhibit 4) is binding upon Petitioner and Respondents; and Claimant believes none exists and none will ever come forth. *cf.* 9U.S.C. sec. 12 ("3 months").

11. Claimant has not seen evidence or material facts, verified by firsthand knowledge, under oath, affirmation or penalty of perjury, related to a person asserting a verified proof to a claim, which demonstrates any conditions exist which are shown in:

Title 9 U.S.C. sec. 10 (a) and

## Title 9 U.S.C. sec.11 (a), b) & (c)

... and Claimant believes neither said evidence or material facts, nor said proof to a claim, exists or will ever come forth.

12. Claimant believes and states, it is an undisputed fact that the "3 months" provided for in **Title 9 U.S.C. section 12** (to file "Notice of a motion to vacate, modify, or correct an award") has transpired, gone by and is no longer a remedy; and Claimant believes no contrary evidence or material fact, verified by firsthand knowledge, exists or will come forth.

13 Claimant has not seen evidence or material facts, verified by firsthand knowledge, under oath, affirmation or penalty of perjury demonstrating either Respondents or Petitioner have a remedy in **Title 9 U.S.C. section 12;** and Claimant believes none exists or will come forth;

14. Claimant believes and states it is an undisputed fact that that Title **9 U.S.C. sections 2 and 9** are fully satisfied relative to this court confirming said arbitration award (shown in Exhibit 2) and the Arbitration "**Addendum**" awarding treble damages (shown in Exhibit 3). and Claimant believes no contrary evidence or material fact, verified by firsthand knowledge, exists or will come forth.

### Status of Petitioner & Claimant

15. Petitioner is a fully consummated trust. See Exhibit 11 (Affidavit of Trust).

16. Claimant is the Grantor, sole beneficiary, and authorized representative to said trust (Petitioner); see Exhibit 11.

17. Claimant is the sole beneficiary to this entire matter, including but not limited to said home, financial asset, Negotiable Securities and all assets in account # 180884; and Claimant believes no contrary evidence or material fact, verified by firsthand knowledge, exists or will come forth. For trust corpus to this case / account, see Exhibits 8, 9, 10, 11,12 & 13.

Jurat Affidavit

I, _Mario Garcia-Pena_ a Notary Public for California, authorized to take depositions and affidavits per California code TITLE 2. Section 8205(3), do hereby verify that on [date:] _October 5_ 2020, the undersigned man appeared before me, showed me government issued picture identification bearing the name _Youssef Far_, then, in my presence and view, he showed me an *8-page document titled "**Memorandum of Law & Affidavit** (In support of Motion to Confirm Arbitration Award)"* signed below after he raised his right hand in the air and testified verbally, in living voice, out-loud, stating:

*"I am competent, being the age of majority and not a minor, I am the Claimant in the enclosed 8-page document titled **Memorandum of Law & Affidavit**, and that all of my statements therein are given by me under affirmation, as the truth to my firsthand beliefs and experiences, correct, complete and without intent to mislead, and my exhibits 1-14 are genuine and truthful to the best of my knowledge, all to be relied upon by a court; and I believe no man or woman will say or prove contrary by firsthand knowledge under oath, affirmation or penalty of perjury, so help me God. This is my free act and deed.*

By: _____ Grantor, beneficiary & auth rep to Petitioner:

Yousse Far (a.k.a. Joseph B. Elfar).

Notary Public signature: _____ Date: 10/5/2020

Notary Printed Name: Maria Garcia-Pena

Commission expires or license # Nov 4, 2020

Seal



MARIA GARCIA-PENA
Notary Public - California
Solano County
Commission # 2170548
My Comm. Expires Nov 4, 2020

9 of 9



# BARRETT DAFFIN FRAPPIER
# TREDER & WEISS, LLP
### A PARTNERSHIP INCLUDING
### PROFESSIONAL CORPORATIONS

4004 Belt Line Rd.
Addison, TX  75001
Phone: 866-795-1852
Fax: 972-661-7800

## ATTORNEYS AND COUNSELORS AT LAW

March 10, 2020

AAMS                                   *Via Email, First-Class Mail, and Federal Express*
Attn: Ava Steele
3011 183rd St. #208
Homewood, IL 60430
Email: aamsassociation@gmail.com

| | | |
|---|---|---|
| Re: | Mortgagor(s): | J.B. ELFAR |
| | | MARIA ELFAR |
| | Trustee Sale No.: | 00000008430738 |
| | Property Address: | 5330 SPRINGRIDGE COURT |
| | | FAIRFIELD, CA 94534 |

Dear Ms. Steele:

We are in receipt of your notice of hearing related to an arbitration. I have been advised to inform you that neither FAY LOAN SERVICING, LLC, nor WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2, will be participating in the scheduled arbitration. We are returning the enclosed electronic media to your office.

There is no written contract or agreement whereby either party agreed to arbitrate disputes about the loan, and neither party agrees to submit to arbitration. Accordingly, the borrower cannot unilaterally arbitrate disputes on the loan. If your company decides to continue with the arbitration hearing, any resulting order will not be binding, and will have no legal effect.

Finally, if the borrower wishes to discuss loss mitigation options, the borrower can contact Fay Servicing at, 1-800-495-7166.

**This letter is for informational purposes only. This is not an attempt to collect a debt during an active bankruptcy.**

Sincerely,

Erica Jones
Attorney

EJ/ar

Enclosure(s)

CC:   **J.B. Elfar**
      **5330 Springridge Court**
      **Fairfield, CA 94534**

**THE FAIR DEBT COLLECTION ACT REQUIRES THAT WE ADVISE YOU BDF LAW GROUP MAY BE A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE CURRENTLY IN BANKRPTCY OF HAVE RECEIVED A BANKRUPTCY DISCHARGE, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY.**

# AAMS Arbitration Award | 2020

## AAMS ALL-PURPOSE PROOF OF SERVICE

### AAMS Award No.: 180884-JBE

I, Ava Steele, being at or more than the age of eighteen (18), and of the majority and not a party to the action, and one of the people of the United States, did mail the document entitled: FINAL ARBITRATION AWARD by USPS Certified Mail / Return Receipt to the following:

**Claimant**  
Joseph B. Elfar  
5330 Springridge Court  
Fairfield, California 94534  

**Serviced By:**  
USPS Certified Mail  
No.: 70190140000089937383  

**Respondent(s):**  
WILMINGTON TRUST N.A.,  
Attn: Abigail Morzinski, CFO  
1100 N. Market St. 10th FL.  
Wilmington, Delaware 19801  

USPS Certified Mail  
No.: 70190140000089937390  

FAY SERVICING, LLC  
Attn: BARRETT DAFFIN  
FRAPPIER TREDER & WEISS, LLP  
4004 BELT LINE ROAD, SUITE 100  
ADDISON, TX 75001  

USPS Certified Mail  
No.: 70190140000089937406  

**Co-Respondent(s):**  
N/A  

Date: 3/27/2020                    By: /s/Ava Steele

## AAMS Arbitration Award | 2020

### <u>Final Arbitration Award</u>

In the matter of Award No.: **180884-JBE**

Re: Notice of Redraft of Contract No. / Loan # 180884
by Affidavit and Settlement Agreement©

RESOLUTION TO DISPUTE
RESOLUTION COMPLAINT

9 UNITED STATES CODES

§1, §2, AND §9

THE COMMON LAW
**SEALED**

The matter brought to Arbitration is a Default of the Redraft Contract # 180884 and a foreclosure action/Sheriff Sale action being brought against the Claimant by the Respondents.

The Arbitrator finds that all the elements that form a contractual agreement and a legally commercial binding obligatory relationship are present. The Arbitrator has Subject Matter Jurisdiction, acknowledged by Title 9 U.S. Code §1, §2, AND §9.

The assigned arbitrator's name is:
   1. Ava Steele
The Arbitration hearing was held, via video conference (recording), pursuant to USC 9-16 of the FAA (Federal Arbitration Act) at 12:00 PM CST on March 23, 2020.
Claimant applied to AAMS Arbitration to settle the dispute and determine the facts involving Contract /Account #: 180884.

Therefore, the Arbitrator, having considered the Claimant's request for dispute resolution with supporting documents, considered the following:

Claimant and the Arbitrator were the only attendees to the arbitration hearing held on 3/23/2020. Respondents did send a letter, via their attorney, declining to attend the scheduled hearing which

# AAMS Arbitration Award | 2020

gives proof of their receiving notice of the arbitration hearing. The Respondents did state within the notice that there was no contract to arbitrate, the arbitrator did respond informing the Respondents via their attorney that according to the FAA only the arbitrator can determine the validity of the existence of a contract. Not an attorney, judge or a court. The arbitrator did advise the Respondents via their attorney that their letter will be taken into consideration during the arbitration hearing. It is the belief of the Arbitrator that the Respondents believe they are somehow exempt from following the LAWS of the FAA ( Federal Arbitration Act).

*The letter received from the Attorney on behalf of the Respondents is attached and forever a part of the final arbitration award.*

Despite the Respondents refusal to attend the arbitration hearing, the hearing commenced as planned pursuant to FAA.

**The Documents presented to the arbitrator are as follows:**
1. Notice of Redraft of Contract # 180884 (Under Notary Presentment)
2. Demand for Proof of Claim (Under Notary Presentment)
3. 2nd and Final Demand for Proof of Claim (Under Notary Presentment)
4. Certificate of Acceptance (Under Notary Presentment)

**Jurisdictional Allegations:**

- The arbitrators have Subject Matter Jurisdiction, SMJ; as acknowledged by 9 U.S. Codes §1, §2, §9; 28 U.S. Code §§1346; and established common law not limited to the following specifics:
- The Respondent(s) in a related action have made a complaint against the Claimant of this instant related matter to the Claimant's interests and/or properties. There exists a matter in dispute and/or controversy associated with the contractual agreement, thereby extending jurisdiction to this body to proceed as per the terms of the agreement, as well as relevant laws and facts in support as presented during the arbitration of this controversy.
- The parties entered into a legally binding contractual relationship and the Arbitrator finds that there is no fraud and/or any attempt to induce fraud and/or to commit fraud, and/or inducement of contract, and/or fraud in the factum respecting the instant matter and 'Notice of Redraft of Contract # 180884,'. Thus, the parties are bound by the terms and obligations agreed upon and imposed upon them as a direct result of the contractual agreement.

## AAMS Arbitration Award | 2020

### In the Matter of Arbitration

Judge Kavanaugh plainly states; "That conclusion follows not only from the text of the Act but also from precedent. We have held that a court may not "rule on the potential merits of the underlying" claim that is assigned by contract to an arbitrator, "even if it appears to the court to be frivolous." A Court has "'no business weighing the merits of the grievance'" because the "'agreement is to submit all grievances to arbitration, not merely those which the court will deem meritorious'" AT&T Technologies principle applies with equal force to the threshold issue of arbitrator, a court may not decide an arbitrability question that the parties have delegated to an arbitrator. Henry Schein v. Archer & White Sales S. Ct. 2019.

### Findings of the Arbitrators

a) There is a matter in dispute and an application to AAMS Arbitration for an alternative dispute resolution, brought forth by Claimant, Joseph B. Elfar. A written agreement to arbitration is on the record of the related matter and all parties were notified to submit evidence and attend an arbitration hearing. By tacit acquiescence the Respondents agreed to the terms set forth by the Claimant.

b) A hearing was held on Monday March 23, 2020 @ 12pm CST. via Telephone/Video Recording. * A copy of the video recorded hearing is permanently attached to this Final Arbitration Award via electronic media.

c) All Respondents (and representatives) failed to appear. There were no requests made for a continuance.

d) The Respondents and Claimant had nexus by contract with terms and conditions in the Respondents' favor.

e) A Notice of Redraft of the Contract # 180884 was offered by the Claimant and the Respondents had an obligation to respond under commercial contract law.

f) All Respondents have been unresponsive to Demand for Proof of Claim and 2nd and Final Demand for Proof of Claim, all of which were presented to the Respondents by a Notary witness.

g) Respondents defaulted by their tacit acquiescence, positioning the terms and conditions in favor of the Claimant. Respondents thus agreed to arbitration.

h) AAMS noticed the Respondents of the scheduled arbitration hearing and all documents that were sent on behalf of the Claimant to the arbitrator for review. The Respondents were notified

# AAMS Arbitration Award | 2020

they had 10 days to submit any evidence to either disprove the Claimants claim and or prove up any claim that the Respondents have. The only response received on behalf of the Respondents was a letter sent by their represented attorney stating they would not attend the arbitration hearing and they weren't aware that an agreement to arbitrate was in play. The letter was not accompanied by an affidavit verified by the custodian of record or certified by a compliance officer of either corporation's. Which means the arbitrator did not have any evidence on record indicating the Respondents are a party in interest.

i) A copy of the Note is not the note or evidence, just as a copy of a dollar bill does not make it a dollar bill. Once the Note is securitized, the very act of "conversion" destroys the **validity** and **enforceability** of the Note. Under multiple rulings, the **Note is nullified** and any underlying evidence and legality of the debt obligation secured by the **Note is voided, whether or not the obligation has been paid.**[1]

j) This Arbitrator finds the trial court never acquired subject matter jurisdiction consequently the foreclosure order is null and void. [2] A void is a void and the trial Court has an obligation to vacate its order sua sponte.

k) Considering the Claimants' Conditional Acceptance offer, the Respondents' dishonor by tacit acquiescence and the lack of evidence in support of Respondents claim, the Arbitrator finds in favor of the Claimant and awards Joseph B. Elfar free and clear title to the property known as 5330 Springridge Ct. Fairfield, CA 94534.

l) This Arbitrator finds the cancellation of any and all Sheriff's Sale that are now or in the future scheduled in reference to the property located at 5330 Springridge Ct. Fairfield, CA 94534 .

---

[1] [state Street Trust Co. v Muskogee Electric Traction Co. (CA10 Okla) 204 FZd 920; Darland v Taylor, 52 Iowa 503, 3 NW 510; Landmark National Bank v Kesler, 2009 Kan. LEXIS 834; District of Columbia v Cornell, 130 US 655, 32 L ed 1041,9 S Ct 694.1]

[2] Per Patterson v. GMAC (1/12), GMAC Mortgage lacked authority to foreclose the mortgage when it initiated the foreclosure proceedings, and, therefore, the foreclosure and the foreclosure deed upon which GMAC based its ejectment claim is invalid. Moreover, under our holding in Sturdivant, because GMAC Mortgage did not own any interest in the house, it lacked standing to bring its ejectment action against the Pattersons. Because GMAC Mortgage lacked standing to bring the ejectment action, the trial court never acquired subject-matter jurisdiction over the ejectment action. Accordingly, the judgment of the trial court is void and is hereby vacated. Moreover, because a void judgment will not support an appeal, appeal dismissed.

## AAMS Arbitration Award | 2020

m) This Arbitrator finds WILMINGTON TRUST N.A., and FAY SERVICING, LLC, have joint and several liability to the fraud and damage perpetrated on Claimant Joseph B. Elfar.

n) **The Arbitrator awards** Claimant, Joseph B. Elfar; $1,659,636.00 (One Million Six Hundred Fifty Nine Thousand Six Hundred Thirty Six Dollars) from Respondent, WILMINGTON TRUST N.A.,. Plus $26,500.00 (Twenty Six Thousand Five Hundred Dollars) for all mortgage payments made on the account. Total due and owing to Claimant by Respondent is $1,686,136.00.

o) **The Arbitrator awards** Claimant, Joseph B. Elfar; $1,659,636.00 (One Million Six Hundred Fifty Nine Thousand Six Hundred Thirty Six Dollars) from Respondent, FAY SERVICING, LLC.

p) The Arbitrator finds that Respondents must notify all relevant credit bureaus that all adverse reporting from Respondent was and is in error, and should be retracted immediately;

q) The Arbitrator finds that the Respondents must provide free and clear title to the Real property known as 5330 Springridge Ct, Fairfield, CA 94534 and issue the awarded amounts which is now due and owing to the Claimant and must be paid within 30 (thirty days) to settle this instant matter.

r) The Arbitrator finds that Respondents did agree that Claimant is immediately and retroactively entitled to the recovery and use of said property, all fixtures, structures and personal/private property thereupon, without encumbrance and without condition by you.

s) The Arbitrator finds that Respondent must forthwith record a document in the applicable county which rescinds, retracts and undoes Respondent's foreclosure attempts and actions, and all related notices and encumbrances made by or on behalf of the Respondent;

t) Respondent has a duty to immediately deliver to Claimant:
the real estate mortgage, related title papers such as title opinions, title insurance binders, certificates of title and abstracts which are the property of the claimant and any water stock certificates and other securities that are the property of Claimant;

u) In the event that Respondent(s) fail to comply with the Final Arbitration Award within 30 (thirty days) of receipt, the Claimant can request the Arbitrator include treble damages for the amount agreed to in the written contract a.k.a Notice of Redraft on page 10, #41 & #42 .

# AAMS Arbitration Award | 2020

The Arbitrator provided information. The information makes for awareness, the awareness makes for knowledge. Acting in awareness and knowledge implies intent. Awareness knowledge and intent make for accountability. Acting in disregard of the aforementioned will be interrupted as evidence of criminality. Acting in cooperation with the Court will fall under RICO violations. The Arbitrator will consider civil Rico damages.

The Supreme Court found that the Plaintiff in a civil RICO action need establish only a criminal "violation" and not a criminal conviction. Further, the Court held that the Defendant need only have caused harm to the Plaintiff by the commission of a predicate offense in such a way as to constitute a "pattern of Racketeering activity." That is, the Plaintiff need not demonstrate that the Defendant is an organized crime figure, a mobster in the popular sense, or that the Plaintiff has suffered some type of special Racketeering injury; all that the Plaintiff must show is what the Statute specifically requires. The RICO Statute and the civil remedies for its violation are to be liberally construed to affect the congressional purpose as broadly formulated in the Statute. Sedima, SPRL v. Imrex Co., 473 U.S. 479, 105 S. Ct. 3275, 87 L. Ed. 2d 346 (1985).

Should the Respondents continue to move on this instant matter the Claimant can do an Appeal in Remonstrance to the legislature. At that time all matters must stay. The Claimant can seek a review of the actions of the Court, the presiding law firm and the actions of the bank. Remedy plus further damages could be sought in the Appeal in Remonstrance.

So, by the best of the Arbitrator(s) ability which perfectly executed the powers to the extent that a mutual, final and definite award upon the subject matter submitted has been rendered. Title 5 § 572 has been complied with by this Arbitrator(s) and AAMS, and

This Final Award is protected by Federal Rule of Civil Procedure 61. Harmless Error and so awarded.

*The Remainder of this page is Intentionally Left Blank*

# AAMS Arbitration Award | 2020

NOTICE OF THE ISSUANCE OF THE AWARD TO BE DELIVERED TO:

ORIGINAL:
CLAIMANT:       Joseph B. Elfar
                5330 Springfield Ct.
                Fairfield, CA 94534


COPIES:
RESPONDENT(S)

    WILMINGTON TRUST N.A.,
    Attn: Abigail Morzinski, CFO
    1100 N. Market St.
    Wilmington, Delaware 19801

    FAY SERVICING, LLC
    BARRETT DAFFIN FRAPPIER TREDER
    & WEISS, LLP
    4004 BELT LINE ROAD, SUITE 100
    WILMINGTON, DELAWARE 19801

EMAIL: jbelfar@gmail.com

**SO, AWARDED.**

Be it so this 27th MARCH 2020.

Printed Arbitrators Name: AVA STEELE

Arbitrator's Signature:

Arbitrator for AAMS
'American Arbitration Management Services'

IMPORTANT NOTICE: Certification of services rendered. The Original Arbitration Award is given to the Claimant to
be retained as private property. No Trespass. Certified Copies of the Original can only be issued with permission of
AMERICAN ARBITRATION MANAGEMENT SERVICES.

## AAMS Arbitration Award | 2020

### CERTIFICATION OF THE ARBITRATOR

Email: aamsassociation@gmail.com

This Certification is valid for use anywhere within the American territories or possession. This Certification does certify the content of the document for which it is issued.

I, Ava Steele, under and by virtue of the authority vested in me by the Federal Arbitration Act Title 9 Sections 1-9 of the United States Code, Do hereby certify that as Arbitrator I have executed the attached the Arbitration Award, on the date thereof; as duly qualified Arbitrator for American Arbitration Management Services whose official acts as such should be given full faith and credit in all Courts and Justice and elsewhere.



In Testimony Whereof, I hereunto set my hand and have caused to be affixed my autograph, on this _27ᵗʰ_ day of 2020 year of _3ʳᵈ_ month in the year of our Lord.

Ava Steele
**AMERICAN ARBITRATION MANAGEMENT SERVICES**



# AAMS Arbitration Award Addendum | 2020

## AAMS ALL-PURPOSE PROOF OF SERVICE

### AAMS Award No.: 180884-JBE(2)

I, Ava Steele, being at or more than the age of eighteen (18), and of the majority and not a party to the action, and one of the people of the United States, did mail the document entitled: ARBITRATION AWARD ADDENDUM by USPS Certified Mail / Return Receipt to the following:

**Claimant:**
Joseph B. Elfar
5330 Springridge Court
Fairfield, California 94534

**Serviced By:**
USPS Certified Mail
No.: 70190140000089937529

**Respondent(s):**
WILMINGTON TRUST N.A.,
Attn: Abigail Morzinski, CFO
1100 N. Market St. 10th FL.
Wilmington, Delaware 19801

USPS Certified Mail
No.: 70190140000089937512
**Return Receipt:** 9590940250129063738651

FAY SERVICING, LLC
Attn: BARRETT DAFFIN
FRAPPIER TREDER & WEISS, LLP
4004 BELT LINE ROAD, SUITE 100
ADDISON, TX 75001

USPS Certified Mail
No.: 70183090000190754075
**Return Receipt:** 9590940250129063738668

**Co-Respondent(s):**

N/A



Date: 9/2/2020                    By: /s/ Ava Steele

**\*Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent**

## AAMS Arbitration Award Addendum | 2020

<u>Arbitration Award Addendum</u>

In the matter of Award No.: **180884-JBE**

Re: Treble Damages. / Loan # 180884

by Affidavit and Settlement Agreement©

RESOLUTION TO DISPUTE

RESOLUTION COMPLAINT

9 UNITED STATES CODES

§1, §2, AND §9

THE COMMON LAW

SEALED

The Arbitration hearing was held, via video conference (recording), pursuant to USC 9-16 of the FAA (Federal Arbitration Act) at 12:00 PM CST on March 23, 2020. Claimant applied to AAMS Arbitration to settle the dispute and determine the facts involving Contract /Account #: 180884. On the aforementioned date the Arbitrator did issue an award in favor of the Claimant against Respondents giving the Respondents 30 days to comply with the findings of the arbitrator or risk treble damages being assessed pursuant to the agreed upon terms within the contract. Claimant has verified that Respondents have not complied with the findings of the arbitrator and therefore has requested treble damages be applied.

# AAMS Arbitration Award Addendum | 2020

## Findings of the Arbitrator for Treble Damages

Pursuant to U.) page 6 of the arbitration award, "*In the event that Respondent(s) fail to comply with the Final Arbitration Award within 30 (thirty days) of receipt, the Claimant can request the Arbitrator include treble damages for the amount agreed to in the written contract a.k.a Notice of Redraft on page 10, #41 & #42.*" The arbitrator does hereby grant Claimant Compensatory Damages, to be paid by WILMINGTON TRUST N.A., in the amount of $5,000,000.00 ( Five Million Dollars) plus punitive damages in the amount of $2,000,000.00 (Two Million Dollars), Plus $10,000.00 (Ten Thousand) per day that Respondent delays on each and every remedy sought;

And

Compensatory Damages, to be paid by FAY SERVICING, LLC, in the amount of $5,000,000.00 ( Five Million Dollars) plus punitive damages in the amount of $2,000,000.00 (Two Million Dollars), Plus $10,000.00 (Ten Thousand) per day that Respondent delays on each and every remedy sought.

The arbitrator finds the assessed amount for treble damages are within the authority of the arbitrator pursuant to page 10, #42 of the written agreed upon the written contractual agreement made between the Claimant and Respondents. The assessed amount is in addition to the Original awarded amount stated within the Final Arbitration award and does not warrant a modification

## AAMS Arbitration Award Addendum | 2020

or vacation of the original arbitration award, Per 9 U.S.C 12. At this time and anytime thereafter the original award is prohibited from being vacated or modified because the 3 month allotted time for either party to do so has expired.

*"Notice of a motion to vacate, modify, or correct an award must be served upon the adverse party or his attorney within three months after the award is filed or delivered." 9 USC 12*

Claimant is not restricted from seeking immediate enforcement of the said awarded amounts within this addendum. And therefore may immediately seek complete justice in accordance with 9 USC 13.

This Addendum will forever be attached to the aforementioned Arbitration award.

## The Remainder of this page is Intentionally Left Blank

# AAMS Arbitration Award Addendum | 2020

NOTICE OF THE ISSUANCE OF THE AWARD TO BE DELIVERED TO:

ORIGINAL:

CLAIMANT:  **Joseph B. Elfar**
              **5330 Springfield Ct.**
              **Fairfield, CA 94534**

COPIES:

RESPONDENT(S)

              **WILMINGTON TRUST N.A.,**
                **Attn: Abigail Morzinski, CFO**
                **1100 N. Market St.**
                **Wilmington, Delaware 19801**


              **FAY SERVICING, LLC**
              **BARRETT DAFFIN FRAPPIER TREDER**
              **& WEISS, LLP**
              **4004 BELT LINE ROAD, SUITE 100**
              **ADDISON, TEXAS 75001**


**EMAIL:** jbelfar@gmail.com

**SO, AWARDED.**

Be it so this 2nd SEPTEMBER 2020.

Printed Arbitrators Name: AVA STEELE

Arbitrator's Signature: _____

**Arbitrator for AAMS**
`American Arbitration Management Services`

IMPORTANT NOTICE  Certification of services rendered  The Original Arbitration Award is to be delivered
to be retained as private property  No Trespass  Certified Copies of the Original can only be issued with permission
of AMERICAN ARBITRATION MANAGEMENT SERVICES



# Notice of Redraft of

# Contract No. / Loan # 180884

# by Affidavit and Settlement Agreement

Attachments:

      Exhibit 1 (citations pertaining to Negotiable Instruments)

      Exhibit A (Invoice of Expenses for Maintenance and Improvements)

      Exhibit B (Negotiable Security)

      Demand for Proof of Claim

How and Where to Respond:

      All responses must be in writing verified by the custodian of record and certified by a Sarbanes-Oxley compliance officer of your corporation and posted through the United States Mails. Send all responses to: *Anak. Cisneros-* C/O: *Ramos, 4096 Piedmont Ave* (Re: Joseph B. Elfar) located at *Oakland, CA*. *Anak. Cisneros-Ramos* is a Public Servant for the State under *CA* Code §_____ and shall act as disinterested third party for keeping a neutral record of these interactions. All responses, non-responses and other certificates presented shall be considered testimony and evidence in arbitration and all judgments and awards are binding on all parties.

I, **Joseph B. Elfar, as Trustee of the Elfar Family Trust** (hereinafter "**Claimant**" and personal pronouns), not another, verify under affirmation, by my firsthand knowledge and beliefs, that the following statements are the truth of my beliefs, correct, complete and given without intent to mislead; and I believe no man or woman has or will prove contrary, under oath or affirmation by firsthand knowledge:

1

1. Claimant is competent to state Claimant's beliefs and knowledge herein;

2. This Affidavit and Settlement agreement pertains to a certain Promissory note signed by Claimant, relevant to loan # **180884**, and relevant to a debt alleged in the amount of **$1,443,617.57** alleged by **FAY SERVICING, LLC and WILMINGTON TRUST, N.A. as Trustee for MFRA Trust 2014-2** or its principal(s), beneficiary(ies), predecessor(s), successor(s), assign(s) and agent(s), if any (hereinafter collectively referred to as "Respondent"), against Claimant and the property located at: **5330 Springridge Court, Fairfield, California**

<div align="center">

Section I

**Dispute of consummation of contract**

</div>

3. Claimant has not seen or heard of either evidence or material fact, verified by firsthand knowledge, under oath or affirmation, demonstrating that Respondent is now or has ever been, either the source or agent of the source, of something of genuine, intrinsic value, loaned or given to Claimant, being basis for the alleged debt behind said loan; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation.

4. Claimant has not seen or heard of evidence or material fact, verified by firsthand knowledge, under oath or affirmation, demonstrating that Respondent is now or has ever been, Trustee, beneficiary, investor, issuer of a financial asset, entitlement holder with a security interest, the holder in due course (owner), with legal or lawful rights of any kind, or **gave notice of an "adverse claim"**, relative to said Promissory note and said loan; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation. *cf.* UCC § 8- 501 and UCC § 8 § 502.

5. Claimant believes and has good reason to believe, that Claimant is the sole source of funds that is the basis for said loan; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation.

6. Claimant believes and has good reason to believe, that said funds were created solely by Claimant, solely by way of Claimant's Promissory Note, signed by

<div align="right">2</div>

Claimant; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation.

7.  Claimant believes and has good reason to believe, that Claimant is [therefore] the sole *entitlement holder* with sole *security interest* in said Promissory Note document Claimant, related to said alleged debt and loan; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation. *c f.* UCC § 8- 501, § 502.

8.  Claimant believes and has good reason to believe, that Claimant is, and has always been, the sole trustee, beneficiary, investor, issuer and owner of said Promissory Note; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation.

9.  Claimant believes it is fact, that Claimant placed said Promissory Note in temporary custody of an attorney at a certain real estate closing, not with anyone else;

10. Claimant believes and has good reason to believe, that Claimant has never knowingly and intentionally relinquished, transferred or forfeited ownership of said Promissory Note, nor any part of it; absent deceit; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation.

11. Claimant believes and has good reason to believe, that Respondent became a mere custodian of Claimant's property, being said Promissory Note and all documents signed by Claimant; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation.

12. Claimant believes and has good reason to believe, it is a fact that at all times, Respondent owes a duty to Claimant to return Claimant's property, being said Promissory note, to Claimant; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation. *cf.* 7CFR 1955.155(c);

13. Claimant believes it is a fact and has reason to believe, that Respondent had a duty to "***mark the original note with a paid-in-full legend***", immediately

3

after the closing or within 30 days of the closing of the subject property, and by fraud, did not do so. *cf.* 7CFR 1955.155(2);

14. Claimant believes it is fact and has reason to believe, that only claimant can authorize a foreclosure of the alleged loan and subject property (Claimant's home) and has never given such authorization. cf. See "Homeowners signature" box shown on Government form titled "**Approval to Participate Preforeclosure Sale Procedure Property Sales Information Property Occupancy & Maintenance**" bearing identifiers "HUD 950045" and "OMB # 2502-0589" (see attachment to Exhibit 1); cf. 7CFR 1955.154(3)(c);

15. Claimant believes and has good reason to believe, it is a fact, that any and all documents including but not limiting to "Riders", signed by the Claimant at the conveyance closing of said loan, <u>are invalid and not enforceable</u>, due to Respondent's intent to perform capricious acts of swindles, frauds and malice against Claimant and Claimant's said property, since Respondent did not make full disclosure to Claimant, of **<u>Claimant's right to apply said Promissory note as full payment of the purchase of said property without incurring a debt</u>** against Claimant and said property; *c f.* UCC § 8- 501 and UCC §8- 502 and other applicable sections in Article 8 of the Uniform Commercial Code; and in harmony with *<u>Cowden v. Commissioner of Internal Revenue</u>*, 289 F.2d 20 (1961).

16. Claimant believes and has good reason to believe, it is a fact, that Respondent has a duty to immediately deliver to Claimant: the real estate mortgage, related title papers such as title opinions, title insurance binders, certificates of title and abstracts which are the property of the claimant and any water stock certificates and other securities that are the property of Claimant;

17. Claimant has not seen or heard of either evidence or material fact, verified by firsthand knowledge, under oath or affirmation, demonstrating that Claimant has ever authorized either Respondent, or anyone else, to trade said Promissory Note or a Mortgage, bearing Claimant's signature, on the financial markets; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation.

Section II

**New Promissory Note Contract**

4

18. Claimant believes and has good reason to believe, that there is no money of intrinsic value in circulation, such as gold and silver, as described at Article I section 10 of the original federal Constitution; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation. *cf.* Executive Order 6102; *cf.* Public Law 73-10.

19. Claimant believes and has good reason to believe, that, as of October [27], 1997, there can be no requirement of repayment in legal tender since legal tender was not loaned and repayment can only be made in equivalent kind; e.g.: a negotiable instrument that is merely a promise to pay; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation.

    *cf.* 31 U.S.C. § 5118 (d) (2) [amended by] 91 Stat. 1227, 1229 Sec.4 (c); *cf.* Guaranty Trust Co. of New York v. Henwood, 307 U.S. 847 (1939); Public Law 73-10; UNCITRAL treaty, page 41 Section II, paragraph 13; UCC §3-603(b); U.C.C. § 3-310 (2); 50 U.S.C. § 4305(b)(2) with 50 U.S.C. § 4307(e);

20. Claimant believes and has good reason to believe, that the form of the Negotiable Security shown in Exhibit B, which is attached to this Contract, is the same species of tender as said Promissory note, and is valid, as legal tender money in the United States, to accomplish complete, unconditional discharge and full satisfaction of the alleged debt behind said loan; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation. See Exhibit 1.

21. Claimant believes and has good reason to believe, that said Negotiable Security, in said Exhibit B, is in conformity with negotiable instrument citations shown in Exhibit 1 attached; and Claimant believes no man or woman has or will prove or say contrary, by firsthand knowledge, under oath or affirmation.

### Section III

## Claimant's Lien in Common Law is Supreme & Paramount

22. Claimant believes and has good reason to believe, that the amounts shown in Exhibit A ("Invoice of Expenses for Maintenance and Improvements") constitutes **a debt and lien in common law,** that is based on the exchange of consideration that was comprised of genuine, real, intrinsic value, by cause of a living [wo]man's labor and time invested, being substantial enough to establish **a debt and lien in common law**; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation.

23. Claimant believes and has good reason to believe, that said "debt and lien in common law" is supreme and paramount to all debts alleged by municipal corporations, state and federally licensed corporations, including but not limited to, property taxes, **mortgages** and Respondent's alleged said debt and loan; and Claimant believes no man or woman has or will prove or say contrary, by firsthand knowledge, under oath or affirmation.

24. Claimant believes and has good reason to believe, that Claimant has never given Respondent permission to either record or register a Mortgage lien of any kind, in the public record against said property, nor to obtain a security interest in either Mortgage lien or said property; and Claimant believes no man or woman has or will prove contrary, by firsthand knowledge, under oath or affirmation.

NOTICE: All offers are accepted for honor in harmony with:  40 Stat §411, Section 7(e),  50 USC §4305 (b) (2) and 50 USC 4307(e). (Performance or acceptance under reservation of rights).

## Section IV

### Settlement Agreement - Part I

25. Respondent agrees that notice to agent is notice to all agents and all principals and notice to principal is notice to all principals and agents;

26. Respondent agrees that silence is a species of conduct that indicates and demonstrates willful, unreserved and unconditional intent of fraud and malice;

27. Respondent agrees that silence is a species of conduct that indicates, means and demonstrates willful, unreserved and unconditional acceptance;

28. Respondent agrees that, by way of Claimant's Promissory note at closing of said property, Claimant is the sole source of funds and credits behind said alleged loan;

29. Respondent agrees that Respondent has neither asserted a notice of **adverse claim** nor has basis to do so; *cf.* U.C.C. § 8-501, U.C.C. § 8-502. *cf.* FRCP 12(b)(6).

30. Respondent agrees that Respondent had no right record or register a Mortgage lien of any kind against said property, in any public record; and has no right to foreclose or take said property, ever;

31. Respondent agrees that within **thirteen 13 days** of Respondent's receipt of this "Affidavit and Settlement Agreement", Respondent's failure to provide a responsive reply to each and every statement herein, with such statements being given under oath or affirmation by first-hand knowledge, constitutes, means and demonstrates:

    (A)      Respondent's full-knowing, unreserved and unconditional acceptance of such statements as being the truth;

    (B)      Respondent will defend, unconditionally and without reservation, that such statements are the truth;

    (C)      Respondent has, without authority, knowingly extorted payments from Claimant related to said alleged loan, and now owes a complete refund of all those payments, to Claimant;

    (D)      Respondent has, without either authority or basis, terrorized, oppressed and harassed Claimant by way of threatening letters attempting to collect a debt that Respondent had no lawful or legal right to collect, and therefore now owes Claimant reimbursement and damages;

(E)     Respondent agrees that Claimaint's said lien in common law (Exhibit A, attached to this Agreement) is valid, superior and paramount to any and all claims Respondent alleges;

(F)     **Respondent agrees that the form of the Negotiable Security shown in** Exhibit B, attached to this agreement, which is attached to this Contract, is the same species of tender as said Promissory note, and is valid, as legal tender money in the United States, to accomplish complete, unconditional discharge and full satisfaction of the alleged debt behind said loan

32. Respondent agrees this is the final and sole agreement between Claimant and Respondent, superseding all other agreements, if any;

33. Respondent agrees that Respondent is obligated and has a duty to provide a complete and responsive reply to all of the documents requested under "Artifacts and other papers" listed in the enclosed **"Demand for Proof of Claim"**, and provide articulate, verified responses to all of the questions listed therein, under "Questions requiring Respondent's responsive reply"; and failure to do so constitutes a default in this contract;

34. Respondent agrees that within **thirteen (13) days** of Respondent's receipt of this document, Respondent's failure to provide a responsive reply to each every statement herein and the enclosed "Demand for Proof of Claim", under oath of affirmation and given by first-hand knowledge, constitutes, means and demonstrates, that Respondent immediately appoints Claimant as Respondent's attorney in fact, with power of attorney to place Respondent's type-written signature at the bottom of this contract and any and all other documents which aid in the enforcement of this contract and collections all claims made by Claimant against Respondent; and that Respondent holds harmless and indemnifies Claimant for all acts related thereto.

Section IV

## Settlement Agreement - Part II

## (Remedies Respondent must provide:)

35. Respondent agrees that Claimant is immediately and retroactively entitled to the recovery and use of said property, all fixtures, structures and personal/private property thereupon, without encumbrance and without condition by you.

36. Respondent agrees that Respondent must forthwith record a document in the applicable county which rescinds, retracts and undoes Respondent's foreclosure attempts and actions, and all related notices and encumbrances made by or on behalf of the Respondent;

37. Respondent agrees that Respondent has a duty to immediately provide to Claimant, a customary, record-able Release and Satisfaction to Claimant, demonstrating full and complete discharge of said loan, to clear title completely, of the alleged debt;

38. Respondent agrees to notify all relevant credit bureaus that all adverse reporting from Respondent was and is in error, and should be retracted immediately;

39. Respondent agrees that Respondent has a duty to immediately deliver to Claimant: the real estate mortgage, related title papers such as title opinions, title insurance binders, certificates of title and abstracts which are the property of the claimant and any water stock certificates and other securities that are the property of Claimant;

40. Respondent agrees to reimburse and refund to Claimant, the amounts of **$26,500.00** or if greater, the greater amount, for all so-called loan payments or mortgage payments (contributions); plus reimburse to Claimant **$1,659,636.00** the maintenance and improvements shown in Exhibit A attached hereto, which were invested by Claimant; plus an amount equal to the alleged debt Respondent threatened against Claimant, being **$1,443,617.00** par value of the promissory note (as shown on "FAY SERVICING, LLC","Mortgage Statement" showing "Payment Due Date 01/15/2019).

9

41. Respondent agrees that Claimant is entitled to, and has the right to claim damages, both compensatory damages in the amount of **$5MM (FIVE MILLION)**, plus punitive damages in the amount of **$2MM (TWO MILLION)**, plus **$10,000.00** per day that you delay on each and every remedy sought herein.

42. Respondent agrees that when after an award or judgment is rendered and collection attempts by Claimant fail, then Claimant may request and rightfully expect, the arbitrator to modify the award to reflect treble damages in favor of Claimant, against Respondent.

Disclosures:

cf.   *"Failure to contest an assertion, however, is considered evidence of acquiescence..."*

422 US 171, United States v Hale; S. Ct. (1975); at ¶[422 US 176];

cf.   FRCP Rule 8 (b)(6) ["Effect of failing to Deny"];

cf.   Federal Rules of Evidence (FRE) Rule 602 [the requirement of *personal firsthand knowledge*];

cf.   FRE 803 "exceptions" [... *"neither this rule [803] nor rule 804 dispenses with the requirement of firsthand knowledge"*];

Respondent's signature: **WILMINGTON TRUST, N.A. as Trustee for MFRA Trust 2014-2 ;and FAY SERVICING, LLC**

UCC sec. 3-401 [what is a signature]

UCC sec. 1-201(39) [what is considered "signed"]

10.

**Jurat:**

I, _Ana K. Cisneros - Ramos_ a Notary Public, hereby verify that Claimant did

personally appear before me, being known to me or, satisfactorily proving his identity to

me, and did autograph his signature below in my view and verify in living voice, out

loud " I am competent to give foregoing statements as the truth of my believes, being

given without intent to mislead".

Notary signature _Ana K. Cisneros - Ramos_

Printed _Ana K. Cisneros - Ramos_ Date _1/8/2020_



ANA K. CISNEROS-RAMOS
COMM. # 2186314
NOTARY PUBLIC • CALIFORNIA
CONTRA COSTA COUNTY
My Commission Expires
March 12, 2021

_____     _1/8/202-_

Joseph B. Elfar, as Trustee of the Elfar Family Trust          Date

11

# Exhibit 1

NOTICE: All magistrates/judges, by his/her oath, and act of presiding, does thereby represent and warrant that he/she is knowledgeable about, will obey & apply, the following laws, Public Policy, codes, treaty(ies), Constitution, rulings and citations:

Promissory Note Laws, Banking Promissory Note Laws, Tender Act,

Commercial Agreements, Contract laws in Statutes and in Public Policy,

Public Law, Public Policy, Constitutional Common Law,

International Treaty Law, "United Nations Commission on International Trade Law",

Federal Law, Federal Reserve Act,  Uniform Commercial Code;

Commercial Law of contract properties,

and organic State Constitutional Laws relative to your oath of public office

================  *Specific Citations*  ================

## <u>Negotiable Instruments</u>

50 U.S.C. 4307(e) <u>No person shall be held liable in any court</u> for or in respect to anything done or omitted in pursuance of any order, rule, or <u>regulation</u> made by the President under the authority of this chapter Any payment, conveyance, <u>transfer</u>, assignment, or delivery of money or property made to the alien property custodian hereunder <u>shall be a full acquittance and discharge</u> for all purposes of the obligation of the <u>person</u> making the same to the extent of same. ...

50 USC § 4305(b)(2).  *cf.* 22 U.S. Code § 1631d

U.C.C. § 3-310  (2) . . .  Payment of the note results in discharge of the obligation to the extent of the payment.

UCC 3-104(e)  An instrument is a "note" if it is a promise

UCC § 3-104 (a) . . .  means an unconditional promise or order to pay.    *cf.* 12 U.S.C. §1813L

UCC §1-201(24), §3-104, §8-102(9), §§9-102(9), (11), (12)(B), (49), (64). These statutes define a , Negotiable Security Instrument, or security to be negotiable [sell-able / trade-able].

**UCC 3 – 603(b) Tender or Payment:**
**(b) The debt is discharged by operation of law if a legal tender negotiable instrument is refused by a person who is entitled to enforce the instrument.**

*cf.* 7CFR 1955.155(c) [duty to return all documents].  7CFR 1955.155(2) [duty to "mark the original note with a paid-in-full legend"]. "HUD 950045" bearing"OMB # 2502-0589" (see  attachment to this Exhibit 1); 7CFR 1955.154(3)(c) [requirement to obtain Homeowner's signature]

UCC § 3-603 (b) " there is discharge, to the extent of the amount of the tender,"

UCC . § 3-311 . . . the claim is discharged . . . "        *cf.* 31 U.S.C. §5103 and 18 U.S.C. §8

*cf.* 91 Stat. 1227, 1229 Sec.4 (c); [abolished constriction to U.S. legal tender since par value can't be determined]

31 U.S. Code § 5312(2)(C). "a private banker".

"We are convinced that if a promise to pay of a solvent obligor is unconditional and assignable, not subject to set-offs, and is of a kind that is frequently transferred to lenders or investors at a discount not substantially greater than the generally prevailing premium for the use of money, **such promise is the equivalent of cash** and taxable in like manner as cash would have been taxable had it been received by the taxpayer rather than the obligation."    [emphasis added]

   - Cowden v. Commissioner of Internal Revenue, 289 F.2d 20 (1961)

40 Stat 111 § 7(c); 12CFR § 201.108, § 229.2 and § 210.2;

31 U.S.C. § 9303, § 5312(2)(C), § 3302 and § 3123;

UCC 3 - § 402, § 602, § 411;   12 U.S.C. § 1813;  8 Stat § 80.

## Treaty

"United Nations Commission on International Trade Law" ( a.k.a. UNCITRAL) is a treaty (international contract) to which, the United States is bound. Go to its page 41, section II, paragraph 13 to read UNCITRAL's definition of a "promissory note":]

   II. Explanatory Note by the UNCITRAL Secretariat on the United Nations

Introduction

13. A promissory note is a written instrument which:

   a) contains an unconditional promise whereby the maker undertakes to pay a definite sum of
   money to the payee or to its order;
   b) is payable on demand or at a definite time;
   c) is dated;
   d) is signed by the maker.

*cf.* Title 12 U.S.C. 24 (Seventh))

Exhibit 1 - Page 2 of 4

## Jurisdiction of court

### UCC 1-103.6;  40 Stat 411 Section (7) (e) (Jurisdiction)

25 C.J. Vol., Federal Court § 344, pg. 9741; In a 'court of record', the Magistrate, Judge and Attorneys are independent of the tribunal. Black's Law Dictionary, 4th Ed. pg. 10141; A 'court of record': acts in accordance with common law. Black's Law Dictionary, 4th Ed. pg. 10141; and Suits in common law, the right of trial by jury shall be preserved;

U.C.C. 1-308 (Old 207.4), WITHOUT RECOURSE, U.CC 1-103.6, and *Massachusetts General Laws* General Laws Part I, Title XV, Chapter 106, Article 1, Section 1-308.

## Debt Disputed / Debt Validation

U.C.C. - ARTICLE 3 -§3-501
[You are entitled to demand presentation of the negotiable instrument showing your ORIGINAL signature]

Executive Order 6102.

Public Law 73-10:
" .... to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy . . ."

"A national bank has no power to lend its credit to any person or corporation . . . "

Bowen v. Needles Nat. Bank, 94 F 925 36 CCA 553, certiorari denied in 20 S.Ct 1024, 176 US 682, 44 LED 637.

"A bank may not lend its credit to another . . .and in support of this, a list of cases might be cited, which would look like a catalog of ships."

Norton Grocery Co. v. Peoples Nat. Bank, 144 SE 505. 151 Va 195. 5.

"No individual can be made a debtor against his will"

cf. 10 LED 223 13 Peters 400, The Heirs of Emerson v Hall; S. Ct. at ¶ [13 peters 412]

**NOTICE: All offers accepted pursuant to:**
**40 Stat 411 Section (7) (e),**
**50 U.S.C. 4307(e) and**
**50 USC §4305 (b) (2).**

Exhibit 1 - Page 3 of 4

# 7 CFR § 1951.155 - County and/or District Office actions.

CFR

## § 1951.155 County and/or District Office actions.

**(a)** *Funds remaining in supervised bank accounts.* When a borrower is ready to pay an insured or direct loan in full, any funds remaining in a supervised bank account will be withdrawn and remitted for application to the borrower's account. If the entire principal of the loan is refunded after the loan is closed, the borrower will be required to pay interest from the date of the note to the date of receipt of the refund.

**(b)** *Determining amount to be collected.* RD will compute and verify the amount to be collected for payment of an account in full. Requests for payoff balances on all accounts will be furnished in writing in a format specified by RD (available in any Rural Development office).

**(c)** *Delivery of satisfaction, notes, and other documents.* When the remittance which paid an account in full has been processed by RD, the paid note and satisfied mortgage may be returned to the borrower. If other provisions exist, the mortgage will not be satisfied until the total indebtedness secured by the mortgage is paid. For instance, in a situation where a rural housing loan is paid-in-full and there is a subsidy recapture receivable balance that the borrower elects to delay repaying, the amount of recapture to be repaid will be determined when the principal and interest balance is paid. The mortgage securing the RHS, RBS, RUS, and/or FSA or its successor agency under Public Law 103-354 debt will not be released of record until the total amount owed the Government is repaid. To permitgraduation or refinancing by the borrower, the mortgage securing the recapture owed may be subordinated.

**(1)** If RD receives final payments in a form other than cash, U.S. Treasury check, cashier's check, certified check, money order, bank draft, or check issued by an institution determined by RD to be financially responsible, the mortgage and paid note will not be released until after a 30-day waiting period. If other indebtedness to RD is not secured by themortgage, RD will execute the satisfaction or release. When the stamped note is delivered to the borrower, RD will also deliver the real estatemortgage and related title papers such as title opinions, title insurance binders, certificates of title, and abstracts which are the property of the borrower. Any water stock certificates or other securities that are the property of the borrower will be returned to the borrower. Also, any assignments of income will be terminated as provided in the assignment forms.

**(2)** Delivery of documents at the time of final payment will be made when payment is in the form of cash, U.S. Treasury check, cashier's check, certified check, money order, bank draft, or check issued by an institution determined by RD to be responsible. RD will not accept payment in the form of foreign currency, foreign checks or sight drafts. RD will execute the satisfaction or release (unless other indebtedness to RD is covered by the mortgage) and mark the original note with a paid-in-full legend based upon receipt of the full payment balance of the borrower's account(s), computed as of the date final payment is received. In unusual cases where an insured promissory note is held by a private holder, RD can release the mortgage and deliver the note when it is received.

**(d)**-(e) [Reserved]

**(f)** *Cost of recording or filing of satisfaction.* The satisfaction or release will be delivered to the borrower for recording and the recording costs will be paid by the borrower, except when State law requires the mortgagee to record or file satisfactions or release and pay the recording costs.

**(g)** *Property insurance.* When the borrower's loan has been paid-in-full and the satisfaction or release of the mortgage has been executed, FD may release the mortgage interest in the insurance policy as provided in subpart A of part 1806 of this chapter (RD Instruction 426.1).

**(h)** [Reserved]

**(i)** *Outstanding Loan Balance(s).* RD will attempt to collect any account balance(s) that may result from an error by RD in handling final payments according to paragraph 1951.155(b) of this section. If collection cannot be made, the debt will be settled according to subpart B of part 1956 of this chapter or reclassified to collection-only. A deficiency judgment may be considered if the balance is a significant amount ($1,000 or more) and the borrower has known assets.

[57 FR 774, Jan. 9, 1992, as amended at 60 FR 55145, Oct. 27, 1995]

# Approval to Participate Pre-foreclosure Sale Procedure Property Sales Information Property Occupancy & Maintenance

**U. S. Department of Housing and Urban Development**
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0589
(exp 12/31/2019)

**Public reporting burden** for this collection of information is estimated to average 9 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This information is required to obtain benefits. HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

Section 204 of the National Housing Act authorizes the Secretary to pay an insurance claim that bridges the gap between the fair market value proceeds from the HUD-approved third party sale of a property. The respondent's maybe lenders (mortgagee's), counselors and homeowners who are attempting to sell their properties prior to foreclosure. The Privacy Act of 1974 pledges assurances of confidentiality to respondents. HUD generally discloses this data only in response to a Freedom of Information request.

| Mortgagee Contact Person and Phone Number: | Control Number: | FHA Case Number: | Date: |
|---|---|---|---|
| Homeowner Name(s): | | Property Address | |
| Homeowner Signature(s): | | | |

## Homeowner(s): Please Read This Information Carefully.

### Approval to Participate

Based upon your request to participate in the HUD Pre-foreclosure Sale (PFS) Program, a review of your loan has been completed and you have been **Approved to Participate.** By signing this Approval to Participate form and returning to the above-referenced lender, you agree to abide by the following conditions of the program. The lender must receive a signed copy no later than 10 days from the date on this form.

### Property Sales Information

The property must be listed for sale with a licensed real estate broker/agent unrelated to you within 7 days of your receipt of this letter for a list price no less than $ _____ , which is the "AS-IS" value indicated on the FHA appraisal of your property. The listing agreement must include the following specific cancellation clause in the event the terms of a sale are not acceptable to HUD: "Seller may cancel this agreement prior to the ending date of the listing period without advance notice to the broker/agent, and without payment of a commission or any other consideration if the property is conveyed to the mortgage insurer or the mortgage holder." The sale completion is subject to approval (under HUD guidelines) by the lender.

Your deadline to obtain a signed Sales Contract from a qualified buyer is _____ . If you are unable to obtain an acceptable contract by this date, your lender may review your loan for the Deed-in-Lieu of Foreclosure option or commence/recommence foreclosure.

### Acceptable Terms of Sale

The standard marketing period for a PFS listing is 4 months from the date of this letter. Program criteria require that the net amount payable to HUD as a result of this sale, after allowable expenses, is at least $ _____ , which meets the 88% net sale proceeds requirement for when the property is sold within the first 30 days from the date of this Approval to Participate. Thereafter, the net amount payable to HUD will be as follows: 86% net sale proceeds required if sold between day 31-60, and 84% net sale proceeds required if sold during the last 60 days of the marketing period.

You must submit a Sales Contract for approval to the lender contact named above. The sale must be an arm's length transaction; the buyer cannot be a member of your family, business associate, or other favored party. No hidden terms or special understandings may exist with the buyer, seller, appraiser, closing agent or lender. If you negotiate with a buyer to pay for discount points, a home warranty, repairs not required for a new mortgage or other costs normally paid by the buyer, you must pay for these expenses.

You may also be required to pay prorated real estate taxes and assessments at closing. Your lender can explain which sales costs may be deducted from HUD's sale proceeds.

### Cash Contribution

Owner-occupant homeowners may be required to submit a Cash Reserve Contribution to participate in the PFS Program. Your required Cash Reserve Contribution is $ _____ This amount must be applied toward the PFS transaction at closing.

### Relocation Services

A relocation service affiliated with your employer may contribute a fixed sum towards the proceeds of the PFS, without altering the arm's length nature of the sale This contribution simply reduces the shortfall between the proceeds and the amount owed on the mortgage note As with any other PFS, such a transaction must result in the outright sale of the property and cancellation of the FHA mortgage insurance.

### Occupancy and Property Maintenance

You are responsible for property maintenance and repair until closing. This includes, but is not limited to, cutting the grass, snow removal, regular interior and exterior cleaning, immediate repair of broken doors and windows, and payment of utility bills as they become due. If the property is vacant or becomes vacant during marketing, you must inform your lender immediately and ensure that the property is protected from freeze damage by "winterizing" plumbing pipes. You may arrange with your broker/agent to provide property maintenance, but you will continue to be responsible for the condition of the home until it is sold. Damage and repair expenses resulting from fire, flood, or other natural causes must be reported immediately to the insurance company and to your lender.

### Homeowner's Incentive

Owner-occupant homeowners who are not required to make minimum cash reserve contributions and successfully sell their properties using this program are relieved of their mortgage obligation and may be entitled to a cash Incentive up to $3,000. You may apply a portion or the entire amount of the $3,000 to resolve junior liens and to offset the sales transaction costs not paid by HUD (including a home warranty plan fee, costs associated with optional repairs, and buyer's closing expenses). Eligible homeowners are permitted at closing to receive the remaining amount from the aforementioned $3,000 consideration. This remaining amount may only be used for transition or relocation assistance.

**Questions concerning any of this information or your responsibilities in the PFS Sale Program, must be directed to the contact person at your lender's office at the above telephone number**

## Invoice of Expenses for
## Maintenance & Improvements

Exhibit A

to the home and property at:
5330 Springridge Ct., Fairfield, California

| Description of Improvements | Year | Value |
|---|---|---|
| Built-In Refregerator | 2016 | 24,000 |
| Yard Maintenance | 2008 - 2019 | 48,000 |
| Landscaping Upgrading | 2010 - 2014 | 250,000 |
| Landscaping Tree Maintenance | 2014, 2018 | 9,000 |
| Garage - Floor Coating/Maintenance | 2008, 2010, 2014, 2010, 2018 | 32,000 |
| Wood Garage Door Maintrenance | 2008 - 2019 | 24,000 |
| Electrical Upgarde and Repair | 2010 | 20,000 |
| LED Lighting System | 2015 | 20,000 |
| Plumbing - Maintenance | 2012, 2015, 2018 | 11,500 |
| Painting Interior | 2013, 2014 | 150,000 |
| Paintaing Exterior | 2012 | 50,000 |
| Kitchen Upgrade - Painting/Functional Use | 2013 | 24,000 |
| PG&E | 2008   2019 | 57,600 |
| Water | 2008 - 2019 | 43,200 |
| HOA | 2006 - 2019 | 31,416 |
| Garbage | 2006 - 2019 | 7,000 |
| Home Security | 2008 - 2019 | 25,920 |
| House Cleaning | 2008 - 2019 | 12,000 |
| Property Management | 2008 - 2019 | 288,000 |
| Pest Control | 2008 - 2019 | 18,000 |
| Wine Cellar | 2011 | 80,000 |
| Entertainment Room | 2010 | 200,000 |
| Property Tax | 2006 - 2019 | 234,000 |
| **Total** | | 1,659,636 |

# **Negotiable Security,** Serial No. 0000121319

By my signature below, I, Youssef Far A,K.A. Joseph B. Elfar, certify this negotiable instrument (note) is an unconditional promise to pay; with unconditional permission to be traded; replacing all prior promises, if any; and I hereby promise to pay as follows:

**Pay to the Order of:** MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or, or Fay Servicing, LLC or Bank of America, N.A. or assignee, or agent, the amount of $1,790,000.00 (One Million Seven Hundred and Ninety Thousand Dollars and 00/100 Dollars) with no interest, without recourse, to settle, discharge and close account # 180884.

Commercially Registered in California Secretary of State as UCC file No.

Terms and Conditions:

(1) To obtain aforesaid amount, present this instrument to me, in person, at my home address of:
    5330 Springridge Court, Solano County, California Republic

(2) **THIS IS AN UNCONDITIONAL PROMISE TO PAY:** I waive refund of all excess payment. I waive all objection to holder trading or selling this negotiable instrument, whereby such trade or sale immediately terminates all obligation due from JOSEPH B. BELFAR; in harmony with: 50 U.S.C. 4305(b)(2), 50 U.S.C. 4307(e) and 40 Stat 411 sec 7(e), 91 Stat. 1227, 1229 Sec.4 (c); U.C.C. § 3-104(e) ("a promise"), U.C.C. § 3-310 (2) ("discharge") & § 3-603(b) (Tender of Payment); Payee and holder accepts this payment being a complete discharge and settlement for closure of the obligation to the extent of the payment amount above; this negotiable instrument (note) began as my property, which, by my signature below, I now wholly convey this property to holder for complete settlement, acquittance and discharge of said account, in harmony with: 22 U.S.C. §1631d, 50 U.S.C. 4305(b)(2), 12 U.S.C. §1813 (l) ("promissory note"), Statute At Large 48 Stat 112, 73d Congress SESS. I, Chapters 46-48, a.k.a. Public Law 73-10; U.N. Treaty under "UNCITRAL" United Nations Commission on International Trade Law; see particularly page 41, paragraph 12 re definition of a promissory note; the concept of being a Private Banker - 31 U.S.C. § 5312 (a)(2)(C); see Bank of Augusta v. Earle, 13 pet (US) §19 S. Ct. (1839); 15U.S.C. sec. 77b(a)(1); my autograph below, and my labor, are the sole source and substance for payment of all amounts herein; there is no other source behind this payment; Void where prohibited by law; All offers are accepted in harmony with 50 U.S.C. 4305(b)(2), 50 U.S.C. 4307(e) and 40 Stat 411 sec 7(e).

Sworn and subscribed before me on this 8ᵗʰ day of **Jurat** January of 2020, the man, JOSEPH B ELFAR A.K.A. Youssef Far, proving to me through satisfactory government issued picture identification, to be the man who signed below this paragraph, as one of the people of California, stating that he signed this document voluntarily for its stated purpose.

Joseph B. Elfar A.K.A. Youssef Far : _____

Signature of Notary. _____  Commission Expires: _03/12/2021_

Notary Printed name: _Ana K. Cisneros- Ramus_




From: Joseph B Elfar, as Trustee of the Elfar Family Trust
⅛ Notary Witness address given below, on page 2

To:    FAY SERVICING, LLC, ℅ BARRET DAFFIN FRAPPIER TREDER & WEISS,
LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001-4320
Ph: 866-795-1852
by Certified Mail No.

To:    [Wilmington Trust Corporate Headquarters:]
Attn: Abigail Mrozinski, CFO, WILMINGTON TRUST N.A. as trust for MFRA
Trust 2014-2, 1100 North Market Street, Wilmington, Delaware 19801.
Ph: (302) 651-1000

by Certified Mail No. _____


Date: January  ⅛ , 2020

# Demand for Proof of Claim

in support of the enclosed

Notice of Redraft of
Contract No. / Loan # **180884**
by Affidavit and Settlement Agreement

(hereinafter sometimes referred to as "Redraft")


Pertaining to **loan # 180884 alleged against the tangible Property located at:**

**5330 Springridge Court, Solano County, California Republic**


Enclosures attached and incorporated:

- Notice of Redraft of Contract No. / Loan # **180884** by Affidavit and Settlement
  Agreement (hereinafter referred to as the "Redraft"):

1

To whom it may concern:

<u>How and Where to Respond</u>:

    All responses must be in writing verified by the custodian of record and certified by a Sarbanes-Oxley compliance officer of your corporation and posted through the United States Mails. Send all responses to the Notary Witness at: _Anak.Cisneros_ C/O: _Ramos 4046 Piedmont_ (Re: **Joseph B Elfar**) located at _Oakland, CA_ . _____ who is a Public Servant for the State, acting as disinterested third party for keeping a neutral record of these interactions. All responses, non-responses and other certificates presented shall be considered testimony and evidence in arbitration and all judgments and awards are binding on all parties.

<u>Contract Existing</u>:

    There exists either an actual contract or constructive contract between **Joseph B Elfar, Claimant and FAY SERVICING, LLC and WILMINGTON TRUST, N.A. as Trustee for MFRA Trust 2014-2,** hereinafter sometimes referred to as "Respondent" or "you" or "your").

    Said contract has not been fully consummated, since Claimant has not received any thing of value from Respondent, as basis for the debt alleged by Respondent, nor a completed bilateral contract.

    The promissory note I signed and mortgage lien document I signed, are now and have always been, solely and exclusively, my property. I have never knowingly and intentionally transferred, assigned or forfeited all or any part of my ownership to either Respondent or anyone else. Nor have I given anyone permission to earn profits or earnings by way of my said property. I am the sole trustee, beneficiary and investor in relation to said promissory note.

    Furthermore, according to the alleged contract, any unpaid principal amount / payments shall be tendered at the end of the term of the note. Therefore, any attempt to accelerate and/or age the security / note before maturity shall be considered a breach of contract as that language is not clear and concise within the four corners of the contract.

I therefore dispute and disclaim that any payments / loan contribution or other gifts are in arrears.

I am [therefore] redrafting, changing and amending the terms and conditions of that contract identified as and being, said Loan #180884, by way of the attached document titled:

Notice of Redraft of
Contract No. / Loan # **180884**
by Affidavit and Settlement Agreement


Therefore, I now require Respondent to provide a complete, responsive reply to all of my requests below and to said "Redraft", under oath or affirmation, by firsthand knowledge. If you fail to provide said responsive reply, as said, then the new terms and conditions set forth in the "Settlement Agreement" within said Redraft, cede and are binding on all parties, upon issuance of a "Notice of Default", sent from me to you. If payments are being made by me, then upon the clearing of the next bill the terms and conditions cede upon acceptance of the next payment.


Disclaimer:

This First Notice and other correspondences and notices resulting from this notice, hereafter establishes a private administrative record / proceeding commonly known as a private dispute resolution in harmony with 9 USC §2, §6 and 5 USC §556(d).

RESPONDENT has a duty to respond with a verified proof of claim; which I now demand from you, forthwith; because it is settled that the duties and powers of a trustee are defined by the terms of the trust agreement and are tempered only by the fiduciary obligation of loyalty to the beneficiaries.

RESPONDENT does not possess Fifth Amendment rights or immunities nor do officers within said entity. No person must endure libel or slander by another, for to do so creates a willful engagement of deceptive practices and schemes to defraud, in violation of natural and commercial rights under the law.


A corporation such as Respondent, is under a duty to produce records, books, and papers in its possession when they may be properly required in the administration of justice.

This duty to produce records, books and papers is especially true since failure to do so could indicate you have practiced illegal securitization which destroyed the original

3

documents (note and mortgage) per SEC Rules of Trusts; **resulting in "serious injury" to** me and said property; pursuant to:

*cf.* ARTICLE 6 of the Uniform Commercial Code. California Civil Code Section *3412-3415.* A written instrument, in respect to which there is a reasonable apprehension that if left outstanding it **may cause serious injury** to a person against whom it is void or voidable, may, upon his application, be so adjudged, and ordered to be delivered up or canceled.

Silence can be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading.

## Exhaustion of Administrative Procedure according to Doctrine

This letter and said Redraft enclosed, now begin my official Administrative Procedure to exhaust my private dispute resolution remedies by way of mediation or arbitration or, both. This Notice shall act as your means of knowledge and now you have actual or constructive knowledge of my intent to pursue further administrative remedies.

## Notice of Right of Cancel:

A review of the closing package/ settlement documents shows that I was never provided "Notice of Right to Rescind" forms such as Form H9 and H8, per Truth In Lending Act, 15 USC §1635(i)(1)(B) and 12 CFR §226.23h(1)(i)(ii) "Special Rules for Foreclosure". **Therefore,** full disclosure was not given to me at closing and the contract is not only voidable but is also void at my discretion, due to the lack of full disclosure of the closing agent, the financial institution and title company; and may be a violation of 18 USC §1346 by said entities. Also, since I never received anything of value from you, nor have I received a fully executed bilateral contract bearing your signature, the contract is voidable at my discretion. See:

12 C.F.R. §226.23(b)(1) regarding notice of right to rescind as set forth in In re Pearl Maxwell v. Fairbanks Capital Corporation, 281 B.R.101, 2002 Bankr. Lexis 759. The UCC addresses unconscionability in §2-302.

I am therefore within my right to rescind via forms H8 and H9 based on the above fraud performed against me; and to have returned to me all payments at par value, the amount of the note at par value and a full reconveyance and release of lien of the property

4

to me. Also, the promissory note was pledged as collateral security for the payment of the loan. A collateral security is that security for the payment of money besides the original security. The general and most common if these types are negotiable instruments. Negotiable paper is valuable for pledge, not because of the value of the paper itself, but because it is either a promise or order to pay money and will ultimately be converted into money. Since I have the sole and exclusive security interest in said promissory note, I demand my redemption of that security interest because I am the sole entitlement holder. RESPONDENT and its agents or assigns violated a duty to hold the collateral security and is therefore liable for conversion at the option of the pledger and by such action the pledgee is in violation of trust and has violated the rights in sealing the note and having failed to disclose the Notice of Right to Rescind Documents at closing.

However, in the interest of all parties involved and to preserve the integrity of the banking system I will, for consideration whereof, release the mortgage, lien, or security interest on/in the property to Respondent, its agents or assigns, in exchange for a full prejudicial release of lien and a full reconveyance of the property.

## UCC 9-210 and Section 404 Sarbanes-Oxley [Act] Audit

As an attempt at rectifying this situation; and to understand the claims I am requesting from RESPONDENT a UCC 9-210 and Sarbanes-Oxley Act Section 404 audit showing every and all transaction(s), i.e. double ledger accounting, of the aforementioned account(s) according to and in compliance with G.A.A.P., IFRS, Basel 3 and 4 and the U.N.C.I.T.R.A.L. Convention and other applicable guidelines not herein listed and that are made herein by reference, as is fully set forth herein, and Respondent's Tax Registration Certificate in order to validate the debt procedure, provide verification to audit certification at debt entry and to demonstrate authorization to do commerce. I have performed an audit of the note herein attached. If no audit is performed to counter this audit, then my audit is binding and shall be considered prima facie evidence to this administrative procedure. In accordance with the Uniform Commercial Code § 9-210, I am requesting accounting of the alleged debt. In keeping with the section aforementioned this must be provided within 14 days of the date of service of this notice.

Even if Respondent and other persons similarly situated decides to cease and desist collection of this alleged account, I still demand the accounting of this alleged debt; in complete accordance with: G.A.A.P. (Generally Accepted Accounting Principles), I.F.R.S. (International Financial Reporting Standards) in accordance with Basel III (Basel Committee on Banking Supervision III, et seq.), U.N.C.I.T.R.A.L (United Nations Commission on International Trade Law); **Financial Accounting Standards FAS 95 and**

**FAS 140, paragraph 9, under subtitle "Accounting for Transfers and Servicing of Financial Assets".**

As this is my first request and no request has been made in the previous six months; as such, said accounting should be provided at no charge. In accordance with the Uniform Commercial Code §9-406(c) I am requesting a copy of the assignments of the alleged debt from origination to present to insure that this debt is owed in fact to Respondent, and the extent of the alleged assignment and names, if any of any other party the alleged debt might have been assigned prior to Respondent acquiring this alleged debt.

Issuance of Non-Response and Default:

If no response is received within the timeframe specified in said Redraft (under "Settlement Agreement" section), a non-response shall issue and the Terms and Conditions of this contract bind on all parties. If default is issued then Respondent, its agents or assigns agrees to have been made fully aware of all acts, terms and conditions and admits to having full disclosure of all my intentions. Furthermore, if Respondent, its predecessor(s), principal(s), and successor(s) defaults, then upon the issuance of the default, Respondent, its agents or assigns *IRREVOCABLY AGREES:*

(1) That the enclosed said Redraft is incorporated and made a part hereto, as if fully set forth herein;

(2) That since you are trying to take money and property from me is reasonable for me to expect Respondent to tell the whole truth by responding responsively to said Redraft, under oath or affirmation, by firsthand knowledge, to each every statement in said Redraft;

(3) That you agree to abide by each and every statement in the Settlement Agreement section of that Affidavit; plus provide answers and documents as requested below:

**Artifacts and other papers to be produce timely:**

I request that RESPONDENT bring forth and tender an Affidavit under penalty of perjury that said it is in fact the Holder in Due Course, along with providing proof that it has satisfied the transfer taxes required to be paid along with the following forms:

1. Please provide me proof that you complied with 7CFR 1955.155(2), i.e.: "mark the original note with a paid-in-full legend", immediately after the closing or within 30 days of the closing, of the subject property, and by fraud has failed to do so.

6

2.  Please provide proof that you made full disclosure [requirement for you to return all closing documents to me, including the Promissory Note] per cf. 7CFR 1955.155(c);

3.  Per 7CFR 1955.154(3)(c), provide the completed and signed "HUD 950045" and "OMB # 2502-0589" (see attachment to Exhibit 1);

4.  Please produce the Pooling and Servicing Agreement that holds Promissory Number

5.  Please provide the MoneyNet Daily Transaction Log Report 120 showing source of funds

6.  Please provide the FR 2046 and FR 2900

7.  Please provide the S-3/A registration statement,

8.  Please provide the 424-B5 prospectus and

9.  Please provide the RC-S & RC-B Call Schedules

10. Please provide the W-9 for RESPONDENT and the name of the Real Party in Interest according to Rule 17 of the Fed R Civ P. along with their W-9

11. Please provide IRS Form 1023 and 1024 for RESPONDENT

12. Please provide the FinCEN 104/114 showing the source and destination of credit

13. Please provide the FinCEN 8300 and the IRS Form 1066 proving that the property in question is to be treated as a foreclosure property

14. Please provide the receipt showing paid capital transfer taxes

15. Completed W-9(s) for all parties directly or proximately connected to or profiting from commercial instrument promissory note in this matter.

## Questions Respondent must now answer, under the Full Disclosure Doctrine:

As a claimed creditor, RESPONDENT must have all the information readily available and on-hand to support a claim by Respondent. Therefore, a 10 day turn-around after receipt of this notice is sufficient time for Respondent to produce your instant account for your infant claim: I am unable to conceive as to now having already made the claim that you do not have the information available to support your claim readily available. If RESPONDENT does not answer under penalty of perjury, then RESPONDENT agrees irrevocably to the terms set forth at "Issuance of Default" aforementioned.

Questions requiring Respondent's responsive reply (are as follows in no particular order):

1.  I believe you and I both wish to be in harmony with Internal Revenue Laws such as 26 U.S. Code § 7212 - to avoid causing underpayment of a tax due; since taxes rates vary based on the nature of thing or item earned or transferred;

    i.  I therefore require you to articulate with precision, what the nature (essence) of the thing or item of intrinsic value that was loaned and is the basis for the alleged loan, and your alleged security interest?

ii. Your failure to answer that question may obstruct internal revenue laws by causing an underpayment of the applicable tax, in violation of 26 U.S. Code § 7212 "Attempting to Interfere with Administration of Internal Revenue Laws" (keeping in mind that mere "attempt" to interfere" may be an element of the crime); which also could cause violation of 26 U.S.C. § 7206 "Fraud and false statements."

2. Sufficient for subpoena purposes, what is the exact name(s) and address(es) of each man or woman or person, who was the original source of funds and investor, who gave the thing of intrinsic value, that is basis for the alleged debt?

3. Sufficient for subpoena purposes, what is the exact name(s) and address(es) of each man or woman or person, who claims a security interest in a promissory note and mortgage lien document, related to the alleged debt?

4. Has Respondent or its principal(s), predecessor(s), investor(s), agent(s) or assign(s), if any, realized any kind of gain, profit or earnings by trading said promissory note and mortgage lien document, on the financial market?

5. Please cite the name of the document, who signed it and the date signed, plus the paragraph in that document, which authorized Respondent or its principal(s), predecessor(s), investor(s), agent(s) or assign(s), if any, to trade said promissory note or mortgage on the financial markets?

6. Was the original promissory note altered or defaced in any way?

7. If the original promissory note was altered or defaced, then what was the purpose for doing so?

8. Has the promissory note been legally separated from the Mortgage contract?

9. If the promissory note was separated from the Mortgage contract, what was the purpose of doing so?

10. Was there a Trust relationship created at the execution/inception of the Promissory Note/Note/Security?

11. If there was, who is the grantor of this Trust Relationship?

12. Was the Promissory Note converted into a check or draft after execution?

13. Was the Promissory Note/Note executed at closing deposited into an account with the bank and / or United States Treasury?

14. Did the bank operate solely in a covered transaction; and did bank deposit 100% cash collateral into an account prior to receiving the credits from the exchange of the promissory note at an international banking facility?

15. Does the bank have available for inspection the FR 2900 OMB Number 7100-0087 and the FR 2046 filed as required by law to account for such mandatory deposits before such a transaction did or can occur?

16. If it was deposited, was the deposit general or special in nature?

17. If it was deposited, was a deposit slip provided at any time after deposit and if so was it given to the Borrower by purported lender or United States Treasury?

18. Was the deed to the property properly delivered at closing?

19. Was the Note securitized or sold into a Mortgage-Backed Security (MBS) or is it considered a Collateralized Debt Obligation ("CDO")?

20. Are IRS Forms 8281, 8282, 8283 and 8811 available for review and inspection along with the Form OID?

21. Was the whole "Mortgage Process" an OID event?

22. If it was, then where is the return of my investment from the account payables ledger; and, why has it not been presented to the Borrower to complete the transaction as I am a third-party beneficiary and principal investor to the PSA?

23. Where is the bond that is required to be deposited in the Office of the Treasury resulting from the creation of the Note in accord with sec. 25 of the National Bank Act?

24. Where is the bond that was transferred to and deposited with the United States for the security of its circulating notes (notes meaning the promissory notes created for loans, auto, home or otherwise) in accords with sec. 26 of the NATIONAL BANK ACT ("the act")?

25. Where did you informed, in good faith, under sec. 28 of the act, the alleged borrower who, before signing the mortgage and note, OWNED the property that this contract would put the house up for collateral to the personal loan? (Home loan is a misnomer, the bank did not own the home to sell it to the buyer in the first instance).

26. If the bank hypothecated the note, where did it get its authority to do so that would not violate sec. 37 of the act.

9

27. According to the act if the debt was past due (in default) it shall be considered a bad debt within the meaning of the act and that means the bank possessed the ability to file a tax write off of the bad debt on its tax return. Show where it did not take the tax write off pertaining to the bad debt; and can still legally collect on the debt not in conflict with the act.

28. Show where the bank did not put into circulation the note in question; and where it was not redeemable at par in lawful money of the United States per Sec. 39 of the act.

29. Please produce the oath given by the president or cashier of the bank to the Treasurer regarding the return due ten days from the first January and July of each year and other provisions laid out to be performed by, in favor of and against the bank in accords with sec. 41 of the act.

30. Admit or deny that the bank is an association selected and designated as a receiver or depositary of the public money to receive at par all National currency bills under sec. 45 of the act.

31. Is this bank bound to the National Banking Act, if not state a legal exemption or legal privilege the bank is asserting as a legal defense to such an exemption or privilege? If you cannot not answer these questions then the bank and its rights are subject to the act herein referenced.

Failure to Rebut Affidavit and Settlement Agreement Under Penalty of Perjury:

If Respondent, its agents or assigns does not rebut the enclosed Notice of Redraft of Contract No. **180884** Affidavit and Settlement Agreement under full pains and penalty of perjury, then it shall be agreed by both parties that Respondent, its agents or assigns is in fact in violation of my right to rescind outline and prescribed within 15 U.S. Code § 1635 and The Truth in Lending Act §1026.23 with respects to the malice and fraud. A non-response shall issue if affidavit is not rebutted within 10 days from receipt of this First Notice by a 'SOX' Compliance Officer within your institution. Any Attorney representing this matter on behalf of Respondent must and shall produce their Foreign Agent Registration in compliance with the FARA Act. See, An Attorney/Representative is required to file a "Foreign Agents Registration Statement" pursuant to 22 U.S.C.A. 611(c)(1)(iv) & 612, if representing the interests of a Foreign Principal or Power. (See: 22 U.S.C.A. 613, *Rabinowitz vs. Kennedy*, 376 U.S. 605, 11 L. Ed. 2d 940, 18 U.S.C.A. 219 & 951).

Nihil Dicit:

Failure and or refusal to respond and provide the requested and necessary Proof of Claim shall be held and noted as agreed to by all parties, that a general response, a nonspecific response, or a failure to respond with specificities and facts and conclusions of law, and or to provide the requested information and documentation that is necessary and in support of the agreement shall constitute a failure and a deliberate and intentional refusal to respond and as a result thereby and / or therein, expressing the defaulting party's consent and agreement to said facts and as a result of the self-executing agreement, the following is contingent upon their failure to respond in good faith, with specificity and particularity, with facts and conclusions of law to each and every averment(s), condition(s), and/or claim(s) raised; as they operate in favor of me, through 'tacit acquiescence'. Respondent(s) not only expressly affirm the truth and validity of said facts set, established, and agreed upon between the party(s) to the change in the terms and conditions, also Respondent(s) have agreed and consented to Respondent(s) having a duty and obligation to provide the requested and necessary Proofs of Claims which has established for Respondent(s) an estoppel in this matter, and all matters relating hereto and arising necessarily therefrom.

Arbitration and Mediation Clause:

Any controversy or claim arising out of or relating to this Agreement, the legal relationship resulting in or from this Agreement or breach of any duties hereunder will be settled by Arbitration in accordance with the Arbitration Rules of the United States which may be found at Federal Arbitration Act (Title 9 sections 2 and 6) and the Uniform Mediation Act.

The Federal Arbitration Act (Title 9 U.S. Code Section 1 et. seq.) shall govern this contract and all arbitration and confirmation proceedings.

As a condition precedent to the filing of an arbitration claim, the parties may agree but are not bound to first mediate any claims between them. Any party refusing to mediate shall not prevent the other party or parties from pursuing their claims in arbitration. The parties will share the cost of mediation equally.

Nothing herein will be construed to prevent any party's use of injunction, and/or any other prejudgment or provisional action or remedy. Any such action or remedy will not waive the moving party's right to compel arbitration of any dispute. The parties agree to also meet and negotiate in good faith in order to resolve any disputes which may arise between them either in person or through the use of modern technology i.e. telephonically,

video conferencing or otherwise for convenience and to aid those that are disabled from travel or otherwise in accordance the Americans with Disabilities Act.

Any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration. The arbitration hearing shall take place before a single arbitrator of my choosing.

All parties will incur and are responsible for, their own lodging and travel expenses. No party's expenses can be awarded against the other. Judgment on the award rendered by the arbitrator is 1) binding on all parties and 2) may be entered in a District Court of the United States.

Waivers: Upon issuance of Notice of Default Respondent, its agents or assigns agrees to waive all defenses and claims, presentments and notice of dishonor, citation, service and process. The claims and defenses of Respondent, its agents or assigns, or parts thereof shall be barred by following doctrines of law: The doctrine of laches - The doctrine of waiver and estoppel - The doctrine of accord and satisfaction.

/S/

_____     1/18/2020
Joseph B Elfar, as Trustee of the Elfar Family Trust      Date

12

Notary Witness

## Jurat:

I, __Ana K. Cisneros - Ramos__ a Notary Public, hereby verify that the foregoing

Notary named __Youssef Far__ did personally appear before me,

being known to me, or satisfactorily proving his identity to me, and did autograph his

signature below in my view and verify in living voice, outloud " this is my free act and

deed as a neutral, disinterested party in this matter".

Notary signature __Ana K. Cisneros-Ramos__

Printed __Ana K. Cisneros - Ramos__ Date __1/8/2020__



ANA K. CISNEROS-RAMOS
COMM. # 2186314
NOTARY PUBLIC • CALIFORNIA
CONTRA COSTA COUNTY
My Commission Expires
March 11, 2021

EX. 5



CERTIFICATE OF SERVICE BY NOTARY

On the __8th__ day of __January__ 2020, I, _Ana K. Cisneros-Ramos_ _____ a Notary Public and officer of the state, being a neutral, disinterested party in this matter, verify and certify that, without distraction or interference, I placed the "document(s)" observed described below, placed them into an envelope and handed them to a postal clerk at the Post Office with postage paid, to mail them, to the "addressee(s)" as described below:

"document(s)"

(12 pages) Demand for Proof of Claim

(11 pages) Notice of Redraft of Contract No. / Loan # 180884 by Affidavit and Settlement Agreement

(1 page) Exhibit A (Invoice of Expenses for Maintenance and Improvements);

(1 page) Exhibit B Negotiable Security (legal tender, money.)

(4 pages) Exhibit 1 (citations pertaining to Negotiable Instruments, plus HUD 950045" and "OMB # 2502-0589")

"addressee(s)"

To:    FAY SERVICING, LLC, % BARRET DAFFIN FRAPPIER TREDER & WEISS, LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001-4320

by Certified Mail No. _7019-0700-0001-6940-0933_

To:   [Wilmington Trust Corporate Headquarters:]
Attn: Abigail Mrozinski, CFO, WILMINGTON TRUST N.A. as trust for MFRA Trust 2014-2, 1100 North Market Street, Wilmington, Delaware 19801

by Registered Mail No. _7019-0700-0001-6940-2520_

1

Notary Witness

**Jurat:**

I, _Ana K. Cisneros - Ramos_ a Notary Public, hereby verify that the foregoing

Notary named _Youssef Far_ did personally appear before me,

being known to me, or satisfactorily proving his identity to me, and did autograph his

signature below in my view and verify in living voice, outloud " this is my free act and

deed as a neutral, disinterested party in this matter".

Notary signature _Ana K. Cisneros - Ramos_

Printed _Ana K. Cisneros - Ramos_ Date _1/8/2020_



ANA K. CISNEROS-RAMOS
COMM. # 2186314
NOTARY PUBLIC · CALIFORNIA
CONTRA COSTA COUNTY
My Commission Expires
March 12, 2021

2



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees

Total Postage and Fees

Wilmington Trust Corp Headquarters

Street and Apt. No., or PO Box No.

City, State, ZIP+4

PS Form 3800                    See Reverse for Instructions

---

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  □ Agent
                        □ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Attn: Abigail Chronisky, CFO, Wilmington
Trust N.A. as trust for NFRA Trust 2014-2
1100 North Market Street,
Wilmington Delaware 19801

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:        □ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4366 8190 4814 17

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☑ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
☑ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7019 0700 0001 6940 3520

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

**Fwd: USPS(R) Item Delivered 70190700000169403520**

Hello **Youssef Elfar**,

Your item was delivered at 11:32 am on January 13, 2020 in WILMINGTON, DE 19801.

Tracking Number: **70190700000169403520**

### Delivered

<Latest Displayable Event Description>

Tracking & Delivery Options
My Account

Visit **USPS Tracking®** to check the most up-to-date status of your package. Sign up for **Informed Delivery®** to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.

Image of Facebook social media icon.    Image of Pinterest social icon.
Image of Youtube social media icon.    Image of Twitter social media con.

Download USPS Mobile®
Get it on Google Play Image of the App Store Icon.

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email: please do not reply to this message. This message is for the designated recipient only, and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.

Copyright © 2017. All rights reserved.



## CERTIFICATE OF SERVICE BY NOTARY

On the 30th day of January 2020, I, Ana K. Cisneros-Ramos a Notary Public and officer of the state, being a neutral, disinterested party in this matter, verify and certify that, without distraction or interference, I placed the "document(s)" observed described below, placed them into an envelope and handed them to a postal clerk at the Post Office with postage paid, to mail them, to the "addressee(s)" as described below:

### "document(s)"

(4 pages) **Second and Final Demand for Proof of Claim** pertaining to
**Notice of Redraft of Contract No. / Loan # 0012187209
by Affidavit and Settlement Agreement.**

(3 pages) **Memorandum of Security Interest & Failure to Transfer to REMIC**

### "addressee(s)"

To:   FAY SERVICING, LLC, % BARRET DAFFIN FRAPPIER TREDER & WEISS.
LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001-4320
Delivered by way of ___USPS___
by tracking No. _7018 - 1740 - 0002 - 2074 - 1645_

To:   [Wilmington Trust Corporate Headquarters:]
Attn: Abigail Mrozinski, CFO, WILMINGTON TRUST N.A. as trust for MFRA Trust
2014-2, 1100 North Market Street, Wilmington, Delaware 19801
Delivered by way of ___USPS___
by tracking No. _7018 - 1740 - 0002 - 2074 - 1652_

Notary's signature _Ana K Cisneros-Ramos_ Date _01/30/2020_

Notary Printed Name _Ana K. Cisneros-Ramos_

1





# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70182290000220741595

Remove ✕

Your item was picked up at a postal facility at 8:49 am on February 3, 2020 in ADDISON, TX 75001.

## ⊘ Delivered

February 3, 2020 at 8:49 am
Delivered, Individual Picked Up at Postal Facility
ADDISON, TX 75001

Get Updates ∨

Feedback

| Text & Email Updates | ∨ |
|---|---|

| Tracking History | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70182290000220741625

Remove ✕

Your item was delivered at 11:51 am on February 7, 2020 in WILMINGTON, DE 19801.

## ⊘ Delivered

February 7, 2020 at 11:51 am
Delivered
WILMINGTON, DE 19801

**Get Updates** ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



*Anak Cisneros - Ramos*
*4096 pied matt Ay*
*Uakland CA 94611*

From:   [NOTARY NAME] (Regarding YOUR NAME),
        % NOTARY ADDRESS

To:     FAY SERVICING, LLC, % BARRET DAFFIN FRAPPIER TREDER & WEISS,
        LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001-4320
        Delivered by way of _____
        by tracking No. _____

To:     [Wilmington Trust Corporate Headquarters:]
        Attn: Abigail Mrozinski, CFO, WILMINGTON TRUST N.A. as trust for MFRA Trust
        2014-2, 1100 North Market Street, Wilmington, Delaware 19801
        Delivered by way of _____
        by tracking No. _____

To:     Fay Servicing, LLC, 901 S. 2nd Street,, Suite 201, Springfield, IL 62704
        Delivered by way of _____
        by tracking No. _____

### Second and Final

### Demand for Proof of Claim

pertaining to

### Notice of Redraft of
### Contract No. / Loan # 0012187209
### by Affidavit and Settlement Agreement

Pertaining to **loan # 0012187209** alleged against the tangible Property located at:

**86 Concord Road, Billerica, Massachusettts Republic**

Date: January **30**, 2020

Greeting Abigail Mrozinski, CFO, or successor CFO ("Respondent"),

1

I, as Claimant, have 3rd party proof of service showing I sent the following described documents ("Redraft" documents) to you, Respondent, and your agent, and that you received them on *Jan 30*, 2020:

    (1) "Demand for Proof of Claim in support of the enclosed Notice of Redraft of Contract No. / Loan # **0012187209** by Affidavit and Settlement Agreement"

    (2) "Notice of Redraft of Contract No. / Loan # **0012187209** by Affidavit and Settlement Agreement" with Exhibit 1, Exhibit A and Exhibit B

All of said documents ( (1) and (2) ) are sometimes hereinafter collectively referred to as the "Redraft" documents. One copy set of those documents is enclosed for Fay Services, LLC 901 S. 2nd Street,, Suite 201, Springfield, IL 62704

**Notice to agent is notice to all principals and all agents; Notice to principal is notice to all principals and agents.**

NOTICE: The address for Fay Servicing LLC given above (in care of its attorneys) is proper notice to all agents and principals, since: All of the foregoing documents were mailed to the Fay Servicing, LLC per address given in a certain document recorded in the county at DOC # 201900045420 titled "IMPORTANT NOTICE NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST" wherein in provides the following wording on page 2 of 3: " . . . or if your property is in foreclosure for any other reason, contact:

<div align="center">

FAY SERVICING LLC

%     BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

4004 Belt Line Road, Suite 100

Adddison, Texas  75001-4320

(866) 795-1852

</div>

<u>Why I am writing</u>:

2

RESPONDENT has failed to respond to said Redraft documents within the 13 days prescribed for response therein. Therefore terms and conditions therein, are now binding on all parties.

The terms and conditions of said Redraft documents are wholly restated and made a part hereof by reference as if fully set forth herein

Time to Respond:

I hereby offer to extend your time respond by an additional ten (10) days subject to you satisfying these three conditions:

I hereby offer to extend your time respond by an additional ten (10) days subject to you satisfying these four conditions (which are consistent with said Redraft documents):

**(1)** that you send your request for such extension to the Notary address given above, within 3 days of your receipt of this letter; plus

**(2)** that you demonstrate good cause for needing such extension of time, being stated under oath or affirmation; plus

**(3)** that you expressly state that you will, within said ten (10) days, respond by oath or affirmation with firsthand knowledge, to all points in said Redraft documents and to all statements and points in the attached "Memorandum of Security Interest & Failure to Transfer to REMIC" ; and

**(4)** that all documents which I requested in said Redraft documents, and which you offer as responsive proof, are either originals or are verified as true copies under oath or affirmation by firsthand knowledge by your document custodian, and in your possession or under your control;

If you, the RESPONDENT, fails to respond according to those conditions, then RESPONDENT voluntarily, wholly and irrevocably agrees to all terms and conditions set forth in said Redraft documents.

How to respond:

All responses must be in writing verified by the custodian of record and certified by a Sarbanes-Oxley compliance officer of your corporation and posted thru the United States Mails. Send all responses to the Notary referenced above, who is a public officer for the State of

California and shall act as a disinterested third party. All responses and non-responses shall be considered testimony and evidence in arbitration and all judgements and awards are binding on all parties.

Sincerely, _____

**Memorandum of Security Interest**

**& Failure to Transfer to REMIC**

Ana K. Cisneros Remic
4046 Piedmont Ave
Oakland CA 94611

From:  [NOTARY NAME] (Regarding YOUR NAME),
       % NOTARY ADDRESS

To:  FAY SERVICING, LLC, % BARRET DAFFIN FRAPPIER TREDER &
WEISS, LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001-4320
Delivered by way of _____
by tracking  No. _____

To:  [Wilmington Trust Corporate Headquarters:]
Attn: Abigail Mrozinski, CFO, WILMINGTON TRUST N.A. as trust for MFRA
Trust 2014-2, 1100 North Market Street, Wilmington, Delaware 19801
Delivered by way of _____
by tracking  No. _____

To:  Fay Servicing, LLC, 901 S. 2nd Street,, Suite 201, Springfield, IL 62704
Delivered by way of _____
by tracking  No. _____

Date:  January 10 2020

Regarding:  Security interest disputed; Mortgage fraud; pertaining to Loan No. **180884** alleged
against the tangible Property located at:  5330 Springridge Court, Solano County,
California Republic

Greetings Abigail Mrozinski, CFO or successor CFO ("Respondent"),

      Your failure to rebut this Memorandum, by your responsive reply to each statement
herein, given by firsthand knowledge, under oath or affirmation, demonstrates your unreserved
and unconditional agreement with each statement herein.

1.    I believe that you have neither legal nor lawful rights, as either fiduciary or owner
(beneficiary) in the original promissory note I tendered at closing of said Loan No. I believe you
have sold it without my permission. To prove that, I therefore demand that you or your client
meet with me in person, face to face, to show me that you are in actual possession of the original,
unaltered promissory note and verify in writing that you are the holder in due course. NOTICE: I
will not accept a COUNTERFEIT/copy as evidence.

2.    I believe that since it is solely my signature that created the Note and therefore the credits
behind the alleged mortgage loan, I have the sole security entitlement rights in that Note; which
makes me the sole "entitlement holder" (as defined in commercial law)  I.e.: I have ownership
rights in the Note and there is no verified, contrary notice of an "adverse claim". *cf.* U.C.C. 8-
501, 8-502.

      Therefore, I believe I acquired a security interest in the financial asset (note behind said
loan) when I signed it at the original closing.  I have a securities account with you which makes
you my "securities intermediary".  I have security entitlement rights making me an entitlement
holder, which is why you never transferred the note to the REIT. Such a transfore would have
been a breach of Fiduciary Duty to me as the beneficiary

      On that closing date, I executed a Note with a term specified therein, and transferred it to
you or your predecessor for the special purpose of receiving a loan. To date I have yet to receive

(

said loan and am being held secondarily liable. Neither you nor your predecessor(s), agent(s), assignor(s) (if any), have loaned any thing or item of intrinsic value. I therefore disclaim ever receiving the loan and therefore disclaim that the loan contributions / payments are in arrears, also because **there is a provision within the contract that states that any unpaid balance is due at maturity.**

You or your principal(s), predecessor(s), assignor(s), successor(s) or assigns, (if any), are in actual or constructive possession of decedent property and **may be liable for the tax** under 26 USC §2002 at the rate of 26 USC §2001 as a transferee under 26 USC §2603 of the alternate evaluation of the estate under 26 USC §2032a requiring a letter from the Secretary of Treasury under 26 USC §2032a(e)(11) to satisfy the lien under 26 USC §6324 with the United States having priority claim under 31 USC §3713.

Further, I believe it was the proceeds from the note that funded the pooling and servicing agreement or parts thereof; and therefore, I have a preemptory claim. As beneficiary I have a title and ownership interest in the proceeds that are in the trust. Your client or its predecessor is the Trustee for the certificate holders. None of the asset backed securities are backed by anything meaning they are not secured by the mortgage loan which is the collateral agreement (mortgage or deed of trust) because it was never transferred to the [asset backed securities] trust aforementioned.

Neither the deed of trust nor the note was transferred at closing to the trust. So, the note for all intents and purposes is unsecured. Not only is it unsecured, it is in default. It became in default at closing. The reason your client attempts to foreclose is for the purposes of collecting the excise tax due to their willful negligence to transfer the assets to the trust and the trust does not qualify as a real estate investment trust (REIT). So, they do not get the tax exclusion that is provided for in §856 of Title 26. *cf* IRS form 211.

**To qualify as a REIT they must transfer the funds at closing and under 15 §1641** when they amended Public Law 111-203 (15 USC §1640) which states that I have a claim and recoupment set-off defense. When they amended that in July 21, 2010 it also amended §1641 of the Truth in Lending Act which is §129 and §130 which appear to indicate that when there is a transfer done, the new assignee has to notify me in writing within 30 days and I disclaim such a notice being given to me. I believe and have reason to believe, **that they never transferred the funds in the first place, therefore the loan is in default and the note is unsecured.** If the note is unsecured, they there is **NO MORTGAGE**. The collateral agreement (mortgage or deed of trust) is the mortgage and the note is the obligation attached thereto

**So, if the trust has neither the mortgage nor the note attached thereto then the trust dissolves due to lack of corpus.**

Your client has no legal authority to foreclose on said loan **nor attempt to collect a debt against me.** The reason your client doesn't own the security is because I have the right of adverse possession at §8-102(a)(1) UCC article 8.  Only I have invested a financial asset (a security) into the transaction. The security I invested is a "financial asset" defined at UCC §8-102(9). I have a property interest and possessory right in the instrument itself; and in the proceeds; above UCC §3-306. It comes under article 3 because the instrument is a negotiable instrument, but because it is a security it is governed by article 8.

I believe you have a duty to "*mark the original note with a paid-in-full legend*", immediately after the closing or within 30 days of the closing of the subject property, and by fraud, you did not do so. *cf.* 7CFR 1955.155(2).

Furthermore, I believe you have a duty to return to me, all documents that I signed at the closing including but not limited to, said promissory note; *cf.* 7CFR 1955.155(c);

As the registered owner of the note number, I order you to apply the proceeds to the debt and release the lien to me.

If you do not, then I shall file an adverse claim in my choice of arbitration service or a court of competent jurisdiction and I may make reports to the IRS for your possession of contraband for failing to report the income. - You must pay about 90 percent of your income to the investors to qualify as a REIT and I as an investor have yet to receive my investment. Your lack of tax return means that there was no transfer to the REMIC at closing which places you in violations laid out in 26 USC 856.

A form 4490 may be sent to the IRS as a follow up to this letter, unless you cooperate. Please provide me your Return or Statement showing where you paid or satisfied the transfer tax to take the election to become a qualified mortgage as a Real Estate Investment Trust.

I may also make the collateral agreement (deed of trust or mortgage) and the note, property in an in rem proceeding for forfeiture under Rule C and G – Action in Rem. Under the Suits in Admiralty Act you have agreed to be sued under Title 18 USC §892 making extortion extension of credit and 46 USC App 742: Libel in personam and so forth.

In conclusion of the foregoing, I believe the trust never possessed the mortgage note per the terms of the PSA. I have a possessory right for recoupment and set-off and are owed a discount of the proceeds made off that security that your client failed to disclose and that is a deceptive practice of collection under Fair Debt Collection Practices Act, and makes the retail sales installment contract void ab initio pro tunc which makes the signature a forgery and not enforceable for them to use under 18 USC §1341 Frauds and Swindles *cf*. See state penal codes relative to Frauds, Swindles, and Deceptive Trade Practices. I believe you are in possession of contraband through acts done by a Uniform Electronic Transactions and have issued securities that have not been securitized, and no bank can hold someone to a contract that hasn't been memorialized or subscribed to.

Needless to say, you have no right to foreclose. And you have failed to make the proper disclosures to me via 7CFR 1955.155(c), 7CFR 1955.155(2) and HUD form "**Approval to Participate Preforeclosure Sale Procedure Property Sales Information Property Occupancy & Maintenance**" bearing identifiers "HUD 950045" and "OMB # 2502-0589" - see 7CFR 1955.154(3)(c);

Signed Without Recourse, By: _____  Date: 1/30/2020

for Joseph B Elfar



# Certificate of Acceptance

(Notary Witness)

These **2** attachments are incorporated hereto:

First **"Certificate of Service by Notary"** signed by notary on: _Jan 8th, 2020_

Second **"Certificate of Service by Notary"** signed by notary on: _Jan 30th, 2020_

I, _Ana K. Cisneros - Ramos_, a Notary for the State of California, acting as a neutral, disinterested witness, hereby verify by affirmation and firsthand knowledge, that I believe I am competent and make the statements herein as my firsthand knowledge without intent to mislead:

1. That, with **"Notice of Redraft of Contract No. / Loan # 180884 by Affidavit and Settlement Agreement"**, I personally caused to be mailed the document(s) itemized in the first and second **"Certificate of Service by Notary"** described above.

2. That, as the date of my signature below, I have never received a counter affidavit, statement or writing verified by firsthand knowledge, under oath or affirmation or penalty of perjury, from the addressee(s) named in said first and second **"Certificate of Service by Notary"** described above.

Jurat: I, _Ana K. Cisneros - Ramos_ a Notary Public, hereby verify that _Youssef Fur_ did personally appear before me, being known to me or, satisfactorily proving his identity to me, and did sign his/her signature below in my view and verify in living voice, out loud "I am competent to give foregoing statements as the truth of my beliefs, being given without intent to mislead".

Notary signature _[signature]_ My commission expires: _03/12/2021_

Notary Printed _Ana K. Cisneros-Ramos_ Date _Feb 27th 2020_

_[signature]_ 2/27/202 Date   Printed Name: _Youssef Fur_

Witness: _David Jin_

Printed _David Sykes_

ANA K. CISNEROS-RAMOS
COMM. # 2186314
NOTARY PUBLIC-CALIFORNIA
CONTRA COSTA COUNTY
My Commission Expires
March 12, 2021

# Affidavit of Nihil Dicit
**(owner)**

Pertaining to Contract No./ Loan # **180884,** these **2** attachments which are incorporated hereto:

First **"Certificate of Service by Notary"** signed by notary on: ___Jan  9th  2020___

Second **"Certificate of Service by Notary"** signed by notary on: ___Jan  30th,  2020___

I, Youssef Far a.k.a. Joseph B Elfar, hereby verify by firsthand knowledge under affirmation, that I believe I am competent and make the statements herein as my firsthand knowledge without intent to mislead; and I believe no man or woman will say contrary under oath or affirmation by firsthand knowledge:

1. I believe it is fact that said first and second **"Certificate of Service by Notary"** described above, are true copies of the originals, which gave the addressee(s) named therein, two separate opportunities to provide a verified, responsive reply by firsthand knowledge, under oath or affirmation, to my "document(s)" itemized therein, and yet, said addressee(s) have failed to do so, and have exceeded the time frame allotted to do so.

2. I believe it is fact that, by addressee(s) failing to provide said verified responsive reply and failure to do so within the time allotted in said document(s), said addressee(s) have demonstrated full-knowing and unreserved acceptance of all statements in the referenced **"Notice of Redraft Contract/Loan # 180884 by way of Affidavit and Settlement Agreement",** as the final and only valid contract between said addressee(s) and Joseph B Elfar;

Signed under penalty of perjury as the truth of my beliefs,

_____          2/27/2020
for Youssef Far                                         Date

Printed Name: Youssef Far

I/we did witness Youssef Far sign above in our presence and view,

Witness: _____          Witness: _____

Printed: _____          Printed: _____





3/2/2020 FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:FOXA (978) 640-0620
HUGH FITZPATRICK
NEW ENGLAND TITLE
841 MAIN STREET

TEWKSBURY, MA 01876
UNITED STATES US

SHIP DATE: 02MAR20
ACTWGT: 0.50 LB
CAD: 5141498/INET4220

BILL SENDER

TO ABIGAIL MROZINSKI
WILMINGTON TRUST, N.A.
1100 N MARKET ST

WILMINGTON DE 19801
(508) 646-4300 REF
INV:
PO: DEPT.

568J2/64E0/FE4A

FedEx. Express

E

TUE - 03 MAR 10:30A
PRIORITY OVERNIGHT

TRK# 0201 7779 0769 3404

19801
DE-US PHL

EE ZWIA

**After printing this label:**

1 Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3 Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# NEW ENGLAND
# TITLE & ESCROW SERVICES, PC

*A professional home closing team you can depend on.*

99 South Main Street, 2nd Floor, Fall River, MA 02721

March 2, 2020

Wilmington Trust, N.A.
Attn: Abigail Mrozinski, CFO of successor CFO
1100 North Market Street
Wilmington, Delaware 19801

Re:     Youssef Far
        5330 Springridge Court, Fairfield, California

Dear Sir/Madam:

Please accept this letter as a neutral third (3rd) party to Youssef Far providing you with the below thirteen (13) original documents:

1. Lien Release Acceptance, being an original (not copy) signed in blue-ink by Youssef Farm, bearing the original signature of Notary;

**Group 1: Pertaining to Negotiable Security; Serial Number 0000121321**

**(2A)** "Negotiable Security #0000121321 in the amount of $384,000.00 made payable to: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or, Youssef Far, a.k.a Joseph B. Elfar, a.k.a Youssef Elfar, bearing the original raised seal and signatures of Notary;

**(2B)** (one page) Copy of UCC1, Filing number 207763436139. File Date 02/20/2020;

**(2C)** (two pages) Copy of UCC1Ad;

**(2D)** (two pages) Copy of UCC3 2077635832 wherein Box 1a. cites that UCC1 filing number 207763436139.

**Group 2: Pertaining to Negotiable Security; Serial Number 0000121319**

**(3A)** "Negotiable Security #0000121319 in the amount of $990,000.00 made payable to: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or, Youssef Far, a.k.a. Joseph B. Elfar, a.k.a. Youssef Elfar, bearing the original raised seal and signatures of Notary;



**NEW ENGLAND TITLE & ESCROW SERVICES, PC**

*A professional home closing team you can depend on.*

99 South Main Street, 2nd Floor, Fall River, MA 02721

(3B) (one page) Copy of UCC1, Filing number 207763438151. File Date: 02/20/2020.

(3C) (two pages) Copy of UCC1 Ad.

(3D) (two pages) Copy of UCC3 2077635283 wherein Box 1a cites that UCC1 filing number 207763438151

### Group 3: Pertaining to Negotiable Security; Serial Number 0000121320

(4A) "Negotiable Security #0000121320 in the amount of $990,000.00 made payable to: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or, Youssef Far, a.k.a. Joseph B. Elfar, a.k.a. Youssef Elfar, bearing the original raised seal and signatures of Notary;

(4B) (one page) Copy of UCC1, Filing number 207763435360. File Date: 02/20/2020.

(4C) (two pages) Copy of UCC1 Ad.

(4D) (two pages) Copy of UCC3 2077635286 wherein Box 1a. cites that UCC1 filing number 207763435360

Should you have any questions or concerns, please do not hesitate to contact me.

Thank you,

Elizabeth Camara
Chief Operating Officer

## Escrow Instructions

To:        New England Title & Escrow, 841 Main St, Tewksbury, MA 01876

From:      Youssef Far, 5330 Springridge Court, Fairfield, California

Date:      February 27, 2020

Since you have received a payoff statement regarding the bank named below, I, Youssef Far, hereby authorize and instruct you, as escrow agent, to act as a disinterested, neutral 3rd party to:

**1.** forthwith, deliver my "documents" enclosed and described below, with your cover letter stating you are delivering on my behalf, to create a record of this delivery;

**2.** please send all of those documents to the following "To:" address, with a <u>tracking #</u> **and** <u>signature required,</u> by either private courier or registered mail (insured for $20):

## TO:  Abigail Mrozinski, CFO of successor CFO for, WILMINGTON TRUST N.A. as trust for MFRA Trust 2014-2, 1100 North Market Street, Wilmington, Delaware 19801.

### documents

**(1)** Lien Release Acceptance, **being an original** (not copy) signed in blue-ink by Youssef Far, bearing the original signature of Notary.

### Group 1: Pertaining to Negotiable Security; Serial Number 0000121321

**(2A)** "Negotiable Security # 0000121321 in the amount of $384,000.00 made payable to:  MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or,  Youssef Far, a.k.a. Joseph B Elfar, a.k.a. Youssef Elfar, **bearing the original raised seal and signatures** of Notary;

**(2B)** (one page) Copy of UCC1, Filing number  207763436139. File Date: 02/20/2020.
**(2C)** (two pages) Copy of UCC1Ad.
**(2D)** (two pages) Copy of UCC3 2077635832 wherein Box 1a. cites that UCC1 filing number 207763436139.

### Group 2: Pertaining to Negotiable Security; Serial Number 0000121319

**(3A)** "Negotiable Security # <u>0000121319</u> in the amount of $990,000.00 made payable to:  MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or,  Youssef Far, a.k.a. Joseph B Elfar, a.k.a. Youssef Elfar, **bearing the original raised seal and signatures** of Notary;

2077635438151  y7
**(3B)** (one page) Copy of UCC1, Filing number ~~207763435249~~. File Date: 02/20/2020.
**(3C)** (two pages) Copy of UCC1Ad.
**(3D)** (two pages) Copy of UCC3 2077635283 wherein Box 1a. cites that UCC1 filing number ~~207763435249~~.
2077634338151   y7

1

### Group 3: Pertaining to Negotiable Security: Serial Number 0000121320

**(4A)** "Negotiable Security # 0000121320 in the amount of $990,000.00 made payable to: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or, Youssef Far, a.k.a. Joseph B Elfar, a.k.a. Youssef Elfar, **bearing the original raised seal and signatures** of Notary;

**(4B)** (one page) Copy of UCC1, Filing number 207763435360. File Date: 02/20/2020.
**(4C)** (two pages) Copy of UCC1Ad.
**(4D)** (two pages) Copy of UCC3 2077635286 wherein Box 1a. cites that UCC1 filing number 207763435360.

5. provide me a document expressly confirming the following details of that delivery, including:

   (a) a complete reiteration of the description of all those documents above; being sure not to leave out any details in the foregoing description of those documents [e.g.: originals vs copies, #'s, etc];

   (b) that you personally inserted all those documents into an envelope without distraction, sealed it and handed it to whichever service you used to deliver it;

   (c) and in that statement, please reference the date sent and the proof of tracking.

Thank you so much,

by: _~~Youssef~~ ELFAR_____ Date: 2/28/2020
    Youssef Far

2



## Your CUSIP Results are as follows:

**YOUSSEF FAR (ACCT 207763436139 [CAL UCC])**
**Fidelity Advisor Multi-Asset Income Fund**
Symbol:                  FWATX
CUSIP:                   31638R766

Inception Date:          9/16/2015
Net Assets:              $155,334,000.00 as of
                         6/15/2020
Portfolio Assets:        $155,334,000.00 as of
                         6/15/2020

**A little about the Fund:**

Fidelity Advisor Multi-Asset Income Fund seeks a combination of income and capital appreciation by investing in equity and debt securities, including common and preferred stock, investment-grade debt securities, lower-quality debt securities, floating rate securities and convertible securities. The Fund's benchmark is S&P 500/Bloomberg Barclays U.S. Aggregate Bond 50/50 Index.



# AFFIDAVIT OF FACT

**STATE: OHIO**
**COUNTY: LICKING**

The undersigned, Wesley Jarvis, Trustee for CUSIPONE Trust, hereby states and confirms that he is of legal age and competent to state on belief and personal knowledge that the facts set forth herein, as duly noted below are true, correct, complete and presented in good faith, establish that:

       1.      The CUSIP numbers attached for YOUSSEF FAR, for a Commercial Instrument bearing number *2077-63436139* were searched through independent databases, confirmed with trading desks, and at least one interest was confirmed as per the reports issued as a result.

       2.      **The Fund Manager,** or other custodian(s) of the accounts of the fund(s) may have access to internal records indicating detailed data about the percentage of interest as held for the account of YOUSSEF FAR.

       3.      More than one fund may have an interest in the accounts of YOUSSEF FAR.

FURTHER AFFIANT SAYETH NOT.

Signed and sealed this _16th_ day of _July_, in the Year of our Lord, two thousand twenty (2020).

All Rights Reserved.
For WESLEY JARVIS

Wesley J. Jarvis, Trustee

Page 1 of 2

**JURAT**

State of _Ohio_ )

Subscribed and Affirmed )

County of _Franklin_ )

On _July 16_ , 2020 before me, _Abigal West_ (notary public) personally appeared **Wesley J. Jarvis** [ ] personally known to me or [✓] proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to above and acknowledged to me that he executed the same in his authorized capacity.

I now affix my signature and official seal to these affirmations.

_____(Signature)

Notary Public State of _Ohio_

My Commission Expires: _Dec 6th 2023_



# Affidavit of Trust

Enclosures: Escrow letter (Exhibit 8), Lien Release Acceptance (Exhibit 13, attested CUSIP report (Exhibit 10)

Verification: I, Youssef-Bishara, Elfar (a.k.a. Youssef Far), as Grantor, verify under affirmation, by my firsthand beliefs and experience, that I am competent to make the statements herein and that the following statements are the truth of my beliefs, correct, complete and given without intent to mislead; **and I believe no man or woman has or will prove contrary, under oath or affirmation by firsthand knowledge:**

1.  All that my natural mother delivered into this world constituting me and with me, being my rights, flesh, blood, bones, organs, fluids, DNA (deoxyribonucleic acid), zygote, placenta, the name (private trust) Youssef Bishara Elfar and records derived from that name, are all solely my property.

2.  That I am the sole and intended beneficiary to the private trust known to be named Youssef Bishara Elfar and all its derivative trusts including but not limited to YOUSSEF BISHARA ELFAR, a.k.a. Youssef Far, a.k.a. Joseph B. Elfar, a.k.a. Joseph Elfar, Elfar, Joseph B., et cetera.

3.  I am age in majority (over 18 years in age), not a minor.

4.  I have already transferred my labor (corpus) into said trust and have neither assigned nor encumbered my beneficial interest in said trust, nor any trust.

5.  That the enclosed escrow letter by N.E. Title and Escrow Services, PC and related delivery receipts demonstrate that , I, as sole Grantor, intentionally and actually **established a trust** by a fully consummated transfer of res / property being "Negotiable Security; serial No. 0000121321", "Negotiable Security; serial No. 0000121320" and "Negotiable Security; serial No. 0000121319" to trust account # 180884.

6.  That relative to said trust account # 180884, the trustee is Wilmington Trust, N.A. and the beneficiary is said Joseph B Elfar.

7.  That the enclosed letter "Lien Release Acceptance" instructs said Trustee to ". . . . *to immediately and completely discharge, settle and close account # 180884, as a total satisfaction of debt and costs related thereto, in harmony with our agreement expressed therein ...*"

8.  That, an attested CUSIP Report and the enclosed delivery receipts demonstrate that, by way of said escrow agent, **said res / property actually transferred completely** to, and was received by, the trustee of said trust being, Abigail Mrozinski, CFO of successor CFO for. WILMINGTON TRUST N.A. as trust for MFRA Trust 2014-2, 1100 North Market Street, Wilmington, Delaware 19801. See delivery receipt(s) enclosed);

9.  That said "res / property transferred" was and is made and intended by me, the undersigned as a donation, to cease mental terror against me and without intent to admit to debt owing.

10. I believe it is a fact, that pursuant to said trustee's acceptance and receipt of said res / property, trust law, maxims of equity and the citations shown in each Negotiable Security described above, that the debt alleged behind said account # 0000261533. relative to the property is completely and unconditionally settled, discharged and closed, pursuant to the contract "*Notice of Redraft of Contract No. Loan # 180884 by Affidavit and Settlement Agreement*";

11. That I, Youssef-Bishara, Elfar Grantor, a living soul created by the God of the Holy Scriptures (KJV), now manifesting as a living, breathing man, hereby verify that **I am the sole beneficiary of said trust.**

12. That I, Youssef-Bishara, Elfar, Grantor, am an equal member in the "people" recognized & defined in, 2 US (2 Dall.) 419, Chisholm v Georgia, S.Ct. (1793) ¶ 471, being at all times without liability to either legislatively created jurisdictions, such as Article 1 Section 8 cl.17 of the federal Constitution of the federal Constitution or, Law of the Sea.

13. That all documents and electronic records showing any, my name, the name to said trust and my signature, are all my property:

14. I have not and will not, either abandon my securities in and related to this matter, nor give power of attorney over my securities.

NOTICE: I am aware of the 3 forms of court: Equity[commerce/UCC], Maritime/Canon and Talmud.

NOTICE: Failure of all interested parties to provide contrary statements by firsthand knowledge, under oath or affirmation, within 10 (ten) days from receiving this document, demonstrates full-knowing, unreserved acceptance that all such statements herein are true. Signed under penalty of perjury, without intent to traverse,

Youssef-Bishara, Elfar, Grantor: _____, beneficiary, auth rep.  Date: 10/7/2020

This page is part to document titled "Affidavit of Trust", pertaining to Youssef Bishara Elfar

State of California

County of _Solano_

Subscribed and sworn to (or affirmed before me on this _5_ day of _October_ 2020,

by _Maria Garcia-Pena, Notary Public_

proved to me on the basis of satisfactory evidence to be the person(x) who appeared

before me and signed the attached document titled "Affidavit of Trust".



MARIA GARCIA-PENA
Notary Public - California
Solano County
Commission # 2170548
My Comm. Expires Nov 4, 2020

(Seal)

Notary Signature _____



## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO    (Name and Address) | |

UCC eZFILE
2020 Hurley Way
Sacramento, CA 95825

**Acknowledged**
**File Date: 03/13/2020**
**File Number: 207767752760**
**Jurisdiction: CALIFORNIA**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JOSEPH B ELFAR | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5330 SPRINGRIDGE COURT | FAIRFIELD | CA | 94534 | USA |

2. DEBTOR'S NAME  Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Elfar | Youssef | | Bishara | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 910 Via Grande Avenue | Morgan Hill | CA | 95037 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All tangible and intangible property, plus all rights, titles and interests, now owned and hereafter acquired by debtor, now belongs to the Secured Party. DEBTOR OF RECORD HEREIN ENTERS INTO THE COMMERCIAL REGISTRY the following 3 described instruments to be REGISTERED: (1) Instrument:  "Note" dated July 07, 2006 in favor of Bank of America, N.A., In the original principal amount of $1,453,085.00;  executed/signed by J.B. Elfar and Maria Elfar. (2) Instrument: "NOTE AND SECURITY INSTRUMENT MODIFICATION AGREEMENT"; "LOAN NUMBER: 6226407234"; "prepared by: Barbara Leuellen [,] Robertson & Anschutz"; executed/signed by J.B. Elfar and Maria Elfar. "July 23, 2007"; (3) Instrument: "ADJUSTABLE RATE RIDER"; relative to "Loan No.: 6226407234"; executed/signed by J.B. Elfar and Maria Elfar. Whereby all of the foregoing instruments are unaccepted offers of contract, i.e.: not being consummated as a valid, bilateral contract based on consideration of genuine value sourced and paid from alleged "Lender" to J.B. Elfar or Maria Elfar. Said instruments became associated with loan # 180884 relative to Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2. Said instruments / offers of contract are a "financial asset" defined at UCC §8-102(9). At all times, Debtor holds the sole security entitlement in said instruments, with sole property

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box. |
| ☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien    ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable):    ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor | | |

8. OPTIONAL FILER REFERENCE DATA:

# UCC FINANCING STATEMENT **ADDENDUM**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
JOSEPH B ELFAR

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name,
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME  Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

interest and sole possessory right in said instruments. Debtor therefore has sole right of possession; see UCC
§8-102(a)(1) and see Title 7 CFR 1955.155(c) and (2).  See UCC § 3-306. Neither Secured Party nor Debtor
has received a verified notice of an "adverse claim"; UCC § 8-502. Debtor is a transmitting utility by definition
of law. All offers are accepted for honor pursuant to Title 50 USC §?4307(e), 50 USC §4305(b)(2) and 40 Stat
§411. Section 7(e).

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:



**Lien Release Acceptance**

When recorded, return to:

_____

_____

Image# 000549070014 Type: AGREE
Recorded: 02/27/2020 at 10:18:14 AM
Page 1 of 14
Fees: $97.00
Clark County, IL
Laura H. Lee Clerk/Recorder
File# 2020-00000383

BK **109** PG**281-294**

TO:  Abigail Mrozinski, CFO of successor CFO for, WILMINGTON TRUST N.A. as trust for MFRA Trust 2014-2, 1100 North Market Street, Wilmington, Delaware 19801.

Enclosed please find your acceptance of, "Negotiable Security; serial # **0000121319**", "Negotiable Security; serial # **000012131920**" and "Negotiable Security; serial # **000012131921**" as your unconditional agreement to immediately and completely discharge, settle and close account # **180884**, as a total satisfaction of debt and costs related thereto, in harmony with our agreement expressed therein; demonstrating that , MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or, Fay Servicing, LLC or Bank of America, N.A., its principals, predecessors, agents and successors, now releases and cancels all claims of debt, costs and payment obligation(s), against **Joseph B Elfar**, through securitization and/or monetization of Borrower's estate/trust signature; such as by way of the alien property custodian; in harmony with 50 U.S.C. 4305(b)(2), 50 U.S.C. 4307(e) and 40 Stat 411 sec 7(e).

**Jurat**

Sworn and subscribed below and before me, on this ____ day of _____ on this ____

day of 2020, **Youssef Far**, being known to me or proving to me through satisfactory government

issued picture identification, to be the natural person who signed below, as one of the people of

**California** stating that he/she signed this document voluntarily for its stated purpose and that he

is also known as Joseph B Elfar.

_____ Official signature of Notary.  Commission Expires: _____

Sincerely, with all rights reserved, without prejudice,

_____, without recourse,

**Youssef Far**

**Jurat**

Sworn and subscribed below and before me, on this _1_ day of _February_ _____ on this ___

day of 20_22_, **Youssef Far**, being known to me or proving to me through satisfactory

government issued picture identification, to be the natural person who signed below, as one of

the people of **California** stating that (he) she signed this document voluntarily for its stated

purpose and that he is also known as Joseph B Elfar.

_____ Official signature of Notary.

Commission Expires: _08/03/2022_

> DARIAN STARKS
> COMM. # 2252415
> NOTARY PUBLIC • CALIFORNIA
> ALAMEDA COUNTY
> My Commission Expires
> AUGUST 03, 2022

Signature: _____

Printed Name _____

By my signature below, I, Youssef Far, a.k.a. Joseph B Elfar, a.k.a. Youssef Elfar, certify this negotiable instrument (note) is an unconditional promise to pay; with unconditional permission to be traded; replacing all prior promises, if any; and I hereby promise to pay as follows:

**Pay to the Order of:** MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or, or Fay Servicing, LLC or Bank of America, N.A. or assignee, or agent, the amount of $990,000.00 (Nine Hundred and Ninety Thousand Dollars and 00/100 Dollars) with no interest, without recourse, to settle, discharge and close account # 180884.

Commercially Registered in California Secretary of State as UCC file No.  *207763438151*

Terms and Conditions:

(1) To obtain aforesaid amount, present this instrument to me, in person, at my home address of: 5330 Springridge Court, Solano County, California Republic

(2) **THIS IS AN UNCONDITIONAL PROMISE TO PAY:** I waive refund of all excess payment. I waive all objection to holder trading or selling this negotiable instrument, whereby such trade or sale immediately terminates all obligation due from JOSEPH B. BELFAR, in harmony with 50 U.S.C 4305(b)(2), 50 U S C 4307(e) and 40 Stat 411 sec ... ... Sec ... ... ... Sec 1(e), U C C § 3-104(e) (" a promise") U C C 3-310 (2) ("discharge") & § 3-603(b) (Tender of Payment) Payee and holder accepts this payment being a complete discharge and settle of the closure of the obligation to the extent of the payment amount above. This negotiable instrument (note) began as my property which, by my signature below, I now wholly convey to holder for complete settlement, acquittance and discharge of said account, in harmony with: 50 U S C 4307(e), 50 U S C 4305(b)(2), 12 U S C §1813 (l) ("promissory note") Statute At Large 48 Stat 112, 73d Congress SESS I Chapters 46-48, a.k.a Public Law 73-10, 22 U S C §1631d, U N Treaty under "UNCITRAL United Nations Commission on International Trade Law, see particularly page 41, paragraph 2 (e definition of a promissory note the complete sale ... ... by law of Banker 31 U S C 5112 (a)(2)(C), see Bank of Augusta v Earle 13 pet (US) 519 S Ct (1839) 13US C sec 77b(a)(1), me ... ... ... ... ... ... of source and substance for payment of all amounts herein; there is no other source behind this payment. Void where prohibited by law. All offers are accepted in harmony with 50 U S C 4305(b)(2), 50 U S C 4307(e) and 40 Stat 411 sec 7(e)

**Jurat**

Sworn and subscribed before me on this $\overset{\text{TH}}{30}$ day of __January__ on this $\overset{\text{TH}}{30}$ day of 2020, the man, Youssef Far, proving to me through satisfactory government issued picture identification, to be the man who signed below this paragraph, as one of the people of California stating that he signed this document voluntarily for its stated purpose.

Youssef Far _____

Signature of Notary _____ Commission Expires 03/12/2021

Notary Printed name: Ana K. Cisneros - Ramos



ANA K. CISNEROS-RAMOS
COMM. # 2186314
NOTARY PUBLIC-CALIFORNIA
CONTRA COSTA COUNTY
My Commission Expires
March 12, 2021



Pay to the Order of the United States
Care of Treasury Alien Property Custodian
and charge the same to
Youssef Far: (father, son holy ghost)
For Credit, Without Recourse

By

All offers accepted for honor pursuant to
40 Stat 411, sec. 7(e); 50 U.S.C. 4305(b)(2) and
50 U.S.C. 4307(e).



## SECRETARY OF STATE

I, ALEX PADILLA, Secretary of State of the State of California hereby certify:

That ANA K CISNEROS-RAMOS was appointed a notary public in and for the State of California for a term of four years commencing March 13, 2017, and ending March 12, 2021, commission number 2186314, and

I FURTHER CERTIFY that the aforesaid person complied with the provisions of the Section 8213 of the California Government Code by filing an oath of office and official bond with the appropriate county clerk, thereby qualifying as a notary public as evidenced by the certificate of said county clerk, which is on file in my office pursuant to law.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 13th day of February, 2020.

Secretary of State

NP-24 A (REV

**State of Illinois**
**County of Clark** } SS

I, Laura H. Lee, County Clerk and Recorder in and for said County, in the State aforesaid, do hereby certify that I am keeper of the records, files and seal of said County and by law required to keep and maintain said records in the performance of my official duties as Clerk and Recorder and that the foregoing is true perfect, and complete copy as the same appears from the records and files now in this office remaining *In Testimony Whereof,* I have hereunto set my hand and affixed the seal of office at my office in Marshall, this _27th_ day of _February_ , 20 _20_ .

Laura H. Lee

Laura H. Lee, County Clerk/Recorder

■■■■
■■■■
■■■■

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| B. E-MAIL CONTACT AT FILER (optional) |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |

┌ UCC eZFILE
2020 Hurley Way
Sacramento, CA 95825 ┐

Acknowledged
File Date: 02/20/2020
File Number: 207763438151
Jurisdiction: CALIFORNIA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
OR JOSEPH B ELFAR, ESTATE

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 5330 SPRINGRIDGE COURT | FAIRFIELD | CA | 94534 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| Elfar | Youssef | Bishara | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 910 Via Grande | Morgan Hill | CA | 94534 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

In harmony with United States Code Title 50 USC §?4307(e) and § 4305(b)(2) DEBTOR OF RECORD HEREIN ENTERS INTO THE COMMERCIAL REGISTRY this COLLATERAL DEPOSIT to be REGISTERED SECURITY and upgrading Credit Agreement, "Negotiable Security, Serial Number 0000121319", for $990,000.00 (Nine Hundred and Ninety Thousand Dollars and 00/100 Dollars), PAYOR: JOSEPH B ELFAR, PAYEE: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or Fay Servicing, LLC or Bank of America, N.A.; being an official security, Legal Tender, U.S. Currency, and Money pursuant to Federal Reserve Act, §16; TENDER ACT; Title 12 U.S.C. §411; and legal definitions of Law as lawful money to pay all debts both private and public in compliance with U.C.C., Banking Laws, and SECURITY EXCHANGE COMMISSION, SEC, Statutes pursuant to Public Law and Policy and shall pay off the Registered Debt (Mortgage Debt Lien Release Security and Mortgage NOTE Account No. Number 180884), as legal form of bank money. Security serial Number 0000121319, to be assigned to the United States TREASURY alien property custodian to be paid or credited as an Obligation or Security pursuant to 18 U.S. Code §8, now discharges the debt. This WITHOUT PREJUDICE Credit Lien Satisfaction and Release Security Instrument Legal Document is used pursuant to law to Release,

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
| --- | --- |

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
| --- | --- | --- | --- | --- |
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): | ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☐ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor |
| --- | --- | --- | --- | --- | --- |

8. OPTIONAL FILER REFERENCE DATA
[990]

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
| --- |
| JOSEPH B ELFAR, ESTATE |

OR

| 9b. INDIVIDUAL'S SURNAME |
| --- |
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only **one** additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
| --- |

OR

| 10b. INDIVIDUAL'S SURNAME |
| --- |
| INDIVIDUAL'S FIRST PERSONAL NAME |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME. Provide only **one** name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
| --- |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
The commercial registered Credit Payoff Agreement Security Instrument NOTE, and Security Lien Release document shall be issued upon registry of NEGOTIABLE SECURITY serial No. 0000121319, into the Commercial Registry pursuant to the SEC Rules with Financing Statement Amendment and shall be accepted by the Bank Authorized Agent or Representative Employee for: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or Fay Servicing, LLC or Bank of America, N.A., under AGENT/Principal relationship, for payment from U.S. Treasury Alien Property Custodian, to legally discharge, close, settle, pay off, set off, and Closure of my claimed debt account No. 180884  The Secured Party is a Transmitting Utility by definition of law. All offers are accepted for honor pursuant to Title 50 USC §74307(e), 50 USC §4305(b)(2) and 40 Stat §411, Section 7(e) .Satisfy, Set Off, and Closure of the claimed debt Account No. Number 180884  The commercial registered Credit

| **13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | **14.** This FINANCING STATEMENT: ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing |
| --- | --- |
| **15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | **16.** Description of real estate: |

**COLLATERAL DESCRIPTION, CONTINUED**

## JOSEPH B ELFAR, ESTATE

Payoff Agreement Security Instrument NOTE, and Security Lien Release document shall be issued upon registry of NEGOTIABLE SECURITY serial No. 0000121319, into the Commercial Registry pursuant to the SEC Rules with Financing Statement Amendment and shall be accepted by the Bank Authorized Agent or Representative Employee for PAYEE: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or Fay Servicing, LLC or Bank of America, N.A., under AGENT/Principal relationship, for payment from U.S. Treasury Alien Property Custodian, to legally discharge, close, settle, pay off, set off, and Closure of my claimed debt account No. 180884 . The Secured Party is a Transmitting Utility by definition of law. All offers are accepted for honor pursuant to Title 50 USC §?4307 (e), 50 USC §4305(b)(2) and 40 Stat §411, Section 7(e).

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A NAME & PHONE OF CONTACT AT FILER (optional) | Acknowledged |
| B E-MAIL CONTACT AT FILER (optional) | File Date: 02/21/2020 |
| C SEND ACKNOWLEDGMENT TO   (Name and Address) | File Number: 2077635283 |
| ⌐UCC eZFILE<br>2020 Hurley Way<br>Sacramento, CA 95825 ⌐ | Jurisdiction: CALIFORNIA |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|---|
| 207763438151   02/20/2020 | | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☒ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE**

Check one of these two boxes:                        AND   Check one of these three boxes to
This Change affects ☐ Debtor or ☐ Secured Party of record | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6 CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOSEPH B ELFAR, ESTATE | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5330 SPRINGRIDGE COURT | FAIRFIELD | CA | 94534 | USA |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☒ ASSIGN collateral
In harmony with United States Code Title 50 USC §74307(c) and §4305(b)(2): DEBTOR OF RECORD HEREIN ENTERS INTO THE COMMERCIAL REGISTRY THE FOLLOWING ITEMS OF PROPERTY. Assigned; ACCEPTED FOR VALUE EXEMPT FROM LEVY: NEGOTIABLE SECURITY INSTRUMENT titled "Negotiable Security, serial # 0000121319", with FACE VALUE $990,000.00 (Nine Hundred and Ninety Thousand and 00/100 Dollars). MAKER and PAYOR  JOSEPH B ELFAR, PAYEE  MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or, Fay Servicing, LLC or Bank of America, N A   U S TREASURY ACCOUNT 546831106 IS DISBURSEMENT OF REDEMPTION FUNDS ASSETS TRANSFER INTO PAYEE BANK DEBT ACCOUNT NUMBER 180884, NEGOTIABLE CREDIT AGREEMENT PAYOFF SECURITY INSTRUMENT NOTE Serial NUMBER 0000121319 and Debt Lien Release and Satisfaction, TO BE RECEIVED AND ACCEPTED BY Authorized AGENT or Employee Representative for MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or Fay Servicing, LLC or Bank of America, N A., on the account of the United States an Obligation

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Elfar | Youssef | Bishara | |

10 OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev 04/20/11)**   International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**

**FOLLOW INSTRUCTIONS**

| 11 INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form |
|---|
| 207763438151 |

**12 NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form**

| | 12a ORGANIZATION'S NAME |
|---|---|
| | . . |
| OR | **12b. INDIVIDUAL'S SURNAME** |
| | Elfar |
| | **FIRST PERSONAL NAME** |
| | Youssef |
| | ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX |
| | Bishara |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**13. Name of DEBTOR on related financing statement** (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13). Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

| | 13a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **13b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**14. ADDITIONAL SPACE FOR ITEM 8 (Collateral)**

or Security pursuant to 18 U.S. Code §8, to be disbursed as cash or credit for the Bank as property and asset with debt or assessed tax account being Paid, Set Off, Settled, with Closure of claimed Debt or assessed tax Account Number 180884 through the United States Treasury Alien Property Custodian for discharge, payment, or credit without using a check clearinghouse. Maker is a **Transmitting Utility** pursuant to law and Policy. All offers are accepted for honor pursuant to Title 50 USC §?4307(e), 40 Stat §411, Section 7(e) and 50 USC §4305(b)(2). COMMERCIALLY REGISTERED NEGOTIABLE SECURITY INSTRUMENT NOTE, titled "Negotiable Security, serial # 0000121319", with FACE VALUE $990,000.00 (Nine Hundred and Ninety Thousand Dollars and 00/100 Dollars), HAS BEEN ENDORSED AND ASSIGNED TO account of the United States as an Obligation or Security pursuant to 18 U.S. Code §8, Public Law 73-10, Chapter 48 STAT §112 and §113 to be disbursed as cash or credit through the Treasury Alien Property Custodian for **PAYEE, MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or, or Fay Servicing, LLC or Bank of America, N.A., TO PAY OFF, SET OFF, SETTLE, AND DISCHARGE WITH FULL CLOSURE OF CLAIMED DEBT LIEN Account Number 180884 FOR FULL PAYMENT, FULL DISCHARGE, FULL RELEASE, FULL SATISFACTION, FULL SETTLEMENT, PERMANENT SET OFF, AND FULL PERMANENT CLOSURE OF MORTGAGE PROMISSORY NOTE AND MORTGAGE LIEN SECURITY Account Number 180884. Maker is a Transmitting Utility and ESTATE** pursuant to law, policy, and legal definitions. All offers are accepted for honor pursuant to Title 50 USC §?4307(e), 40 Stat §411, Section 7(e) and 50 USC § 4305(b)(2).

| 15 This FINANCING STATEMENT AMENDMENT: | 17. Description of real estate: |
|---|---|
| ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing | |
| 16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest) | |

**18. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)**

**Negotiable Security,** Serial No. 0000121320

By my signature below, I, Youssef Far, a.k.a. Joseph B Elfar, a.k.a. Youssef Elfar, certify this negotiable instrument (note) is an unconditional promise to pay; with unconditional permission to be traded; replacing all prior promises, if any; and I hereby promise to pay as follows:

**Pay to the Order of:** MFRA Trust 2014-2 or, Wilmington Trust, N A as Trustee for MFRA Trust 2014-2 or, or Fay Servicing, LLC or Bank of America, N A or assignee, or agent, the amount of $990,000.00 (Nine Hundred and Ninety Thousand Dollars and 00/100 Dollars) with no interest, without recourse, to settle, discharge and close account # 180884.

Commercially Registered in California Secretary of State as UCC file No. 207763435366

Terms and Conditions:

(1) To obtain aforesaid amount, present this instrument to me, in person, at my home address of:
   5330 Springridge Court, Solano County, California Republic

(2) THIS IS AN UNCONDITIONAL PROMISE TO PAY: I waive refund of all excess payment. I waive all objection to holder trading or selling this negotiable instrument, whereby such trade or sale immediately terminates all obligation due from JOSEPH B BELFAR, in harmony with. 50 U.S.C. 4305(b)(2), 50 U.S.C. 4307(e) and 40 Stat 411 sec 7(e) 91 Stat 1227 1229 Sec 4 (e), U.C.C § 3-104(e) ("a promise"), U C C § 3-310 (2) ("discharge") & § 3-603(b) (Tender of Payment) Payee and holder accepts this payment being a complete discharge and settlement or closure of the obligation to the extent of the payment amount above this negotiable instrument (note) began as my property, which, by my signature below, I now wholly convey this property to holder for complete settlement acquittance and discharge of said account, in harmony with: 50 U S C 4307(e), 50 U.S.C 4305(b)(2), 12 U.S.C. §1813 (l) ("promissory note") Statute At Large 48 Stat 112, 73d Congress SESS I, Chapters 46-48, a k a Public Law 73-10, 22 U.S.C §1631d, U.N Treaty under "UNCITRAL" United Nations Commission on International Trade Law see particulars page 41, paragraph 12 re definition of a promissory note, the concept of being a Private Banker 31 U S C § 5312 a)(2)(C), see Bank of Augusta v Earle, 13 pct (US) 519 S Ct (1839), 15U S C sec 77b(a)(1) my autograph below and my asset are the sole source and substance for payment of all amounts herein there is no other source behind this payment Void where prohibited by law All offers are accepted in harmony with 50 U S C 4305(b)(2) 50 U.S.C 4307(e) and 40 Stat 411 sec 7(e)

**Jurat**

Sworn and subscribed before me on this 30ᵀᴴ day of January _____ on this 30ᵀᴴ day of 2020, the man, Youssef Far, proving to me through satisfactory government issued picture identification, to be the man who signed below this paragraph, as one of the people of California, stating that he signed this document voluntarily for its stated purpose.

Youssef Far: _____

Signature of Notary _____

Notary Printed name: Ana K. Cisneros Ramos




ANA K. CISNEROS-RAMOS
COMM. # 2186314
NOTARY PUBLIC-CALIFORNIA
CONTRA COSTA COUNTY
My Commission Expires
March 12, 2021

Pay to the Order of the United States
Care of Treasury Alien Property Custodian
and charge the same to
Youssef Far: (father, son holy ghost)
For Credit, Without Recourse

By: _____

All offers accepted for honor pursuant to
40 Stat 411, sec. 7(e); 50 U.S.C. 4305(b)(2) and
50 U.S.C. 4307(e).

# State of California

## SECRETARY OF STATE

I, ALEX PADILLA, Secretary of State of the State of California hereby certify:

That ANA K CISNEROS-RAMOS was appointed a notary public in and for the State of California for a term of four years commencing March 13, 2017, and ending March 12, 2021, commission number 2186314, and

I FURTHER CERTIFY that the aforesaid person complied with the provisions of the Section 8213 of the California Government Code by filing an oath of office and official bond with the appropriate county clerk, thereby qualifying as a notary public as evidenced by the certificate of said county clerk, which is on file in my office pursuant to law.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 13th day of February, 2020.

Secretary of State

NP-24 A (REV 1-07)                                                                OSP 12 128262

State of Illinois
County of Clark } SS

I, Laura H. Lee, County Clerk and Recorder in and for said County, in the State aforesaid, do hereby certify that I am keeper of the records, files and seal of said County and by law required to keep and maintain said records in the performance of my official duties as Clerk and Recorder; and that the foregoing is true perfect, and complete copy as the same appears from the records and files now in this office remaining *In Testimony Whereof,* I have hereunto set my hand and affixed the seal of office at my office in Marshall, this 27th day of February , 20 20 .

*Laura H. Lee*
**Laura H Lee, County Clerk/Recorder**

███████████
███████████
███████████

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

⌐ UCC eZFILE
2020 Hurley Way
Sacramento, CA 95825 ⌐

**Acknowledged**
**File Date: 02/20/2020**
**File Number: 207763435360**
**Jurisdiction: CALIFORNIA**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JOSEPH B ELFAR, ESTATE | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5330 SPRINGRIDGE COURT | FAIRFIELD | CA | 94534 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Elfar | Youssef | Bishara | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 910 Via Grande Avenue | Morgan Hill | CA | [94534] | USA |

4. COLLATERAL: This financing statement covers the following collateral:

In harmony with United States Code Title 50 USC § 4307(e) and § 4305(b)(2). DEBTOR OF RECORD HEREIN ENTERS INTO THE COMMERCIAL REGISTRY this COLLATERAL DEPOSIT to be REGISTERED SECURITY and upgrading Credit Agreement, "Negotiable Security, Serial Number 0000121320 ", for $990,000.00 (Nine Hundred Ninety Thousand Dollars and 00/100 Dollars), PAYOR: JOSEPH B ELFAR, PAYEE: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or Fay Servicing, LLC or Bank of America, N.A.; being an official security, Legal Tender, U.S. Currency, and Money pursuant to Federal Reserve Act, §16; TENDER ACT; Title 12 U.S.C. §411; and legal definitions of Law as lawful money to pay all debts both private and public in compliance with U.C.C., Banking Laws, and SECURITY EXCHANGE COMMISSION, SEC. Statutes pursuant to Public Law and Policy and shall pay off the Registered Debt (Mortgage Debt Lien Release Security and Mortgage NOTE Account No. Number 180884), as legal form of bank money. Security serial Number 0000121320 , to be assigned to the United States TREASURY alien property custodian to be paid or credited as an Obligation or Security pursuant to 18 U.S Code §8, now discharges the debt. This WITHOUT PREJUDICE Credit Lien Satisfaction and Release Security Instrument Legal Document is used pursuant to law to Release,

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | | ☐ being administered by a Decedent's Personal Representative |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien    ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor |

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9 NAME OF FIRST DEBTOR** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
JOSEPH B ELFAR, ESTATE

OR 9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**
Satisfy, Set Off, and Closure of the claimed debt Account No. Number 180884 The commercial registered Credit Payoff Agreement Security Instrument NOTE, and Security Lien Release document shall be issued upon registry of NEGOTIABLE SECURITY serial No. 0000121320 , into the Commercial Registry pursuant to the SEC Rules with Financing Statement Amendment and shall be accepted by the Bank Authorized Agent or Representative Employee for PAYEE: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or Fay Servicing, LLC or Bank of America, N.A., under AGENT/Principal relationship, for payment from U.S. Treasury Alien Property Custodian, to legally discharge, close, settle, pay off, set off, and Closure of my claimed debt account No. 180884 . The Secured Party is a Transmitting Utility by definition of law. All offers are accepted for honor pursuant to Title 50 USC § 4307(e), 50 USC § 4305(b)(2) and 40 Stat §411, Section 7(e). The commercial registered

**13** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | **14.** This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | **16** Description of real estate

**17. MISCELLANEOUS:**

**COLLATERAL DESCRIPTION, CONTINUED**

JOSEPH B ELFAR, ESTATE

Credit Payoff Agreement Security Instrument NOTE, and Security Lien Release document shall be issued upon registry of NEGOTIABLE SECURITY serial No. 0000121320 , into the Commercial Registry pursuant to the SEC Rules with Financing Statement Amendment and shall be accepted by the Bank Authorized Agent or Representative Employee for: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or Fay Servicing, LLC or Bank of America, N.A., under AGENT/Principal relationship, for payment from U.S. Treasury Alien Property Custodian, to legally discharge, close, settle, pay off, set off, and Closure of my claimed debt account No. 180884. The Secured Party is a Transmitting Utility by definition of law. All offers are accepted for honor pursuant to Title 50 USC §4307(e), 50 USC §4305(b)(2) and 40 Stat §411, Section 7(e) .

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | Acknowledged |
|---|---|
| B. E-MAIL CONTACT AT FILER (optional) | **File Date: 02/21/2020** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | **File Number: 2077635286** |

┌ JOSEPH B ELFAR
5330 SPRINGRIDGE COURT,
FAIRFIELD, CALIFORNIA [94534]

**Jurisdiction: CALIFORNIA**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. |
|---|---|
| 207763435360         02/20/2020 | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☒ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes: **AND** Check one of these three boxes to
This Change affects ☐ Debtor or ☐ Secured Party of record | ☐ CHANGE name and/or address. Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name. Complete item 7a or 7b and item 7c | ☐ DELETE name. Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOSEPH B ELFAR, ESTATE | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5330 SPRINGRIDGE COURT | FAIRFIELD | CA | 94534 | USA |

8. ☐ COLLATERAL CHANGE. Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☒ ASSIGN collateral

In harmony with United States Code Title 50 USC § 4307(c) and §4305(b)(2): DEBTOR OF RECORD HEREIN ENTERS INTO THE COMMERCIAL REGISTRY THE FOLLOWING ITEMS OF PROPERTY: Assigned, ACCEPTED FOR VALUE EXEMPT FROM LEVY NEGOTIABLE SECURITY INSTRUMENT titled 'Negotiable Security, serial # 0000121120 ", with FACE VALUE $990,000.00 (Nine Hundred Ninety Thousand Dollars and 00/100 Dollars), MAKER and PAYOR JOSEPH B ELFAR, PAYEE MFRA Trust 2014-2 or, Wilmington Trust, N A as Trustee for MFRA Trust 2014-2, or, Fay Servicing, LLC or Bank of America, N.A., U.S. TREASURY ACCOUNT 546831106 IS DISBURSEMENT OF REDEMPTION FUNDS ASSETS TRANSFER INTO PAYEE BANK DEBT ACCOUNT NUMBER 180884, NEGOTIABLE CREDIT AGREEMENT PAYOFF SECURITY INSTRUMENT NOTE Serial NUMBER 0000121120 and Debt Lien Release and Satisfaction, TO BE RECEIVED AND ACCEPTED BY Authorized AGENT or Employee Representative for MFRA Trust 2014-2 or, Wilmington Trust, N A  as Trustee for MFRA Trust 2014-2  or Fay Servicing, LLC or Bank of America, N.A., on the account of the United States an Obligation or Security pursuant to 18 U S  Code §8, to be disbursed as cash or credit for the Bank as property and asset with debt or assessed tax account being Paid, Set Off, Settled, with Closure of claimed Debt or assessed tax Account Number 180884 through the United States Treasury Alien Property Custodian  for discharge, payment, or credit without using a check clearinghouse. Maker is a Transmitting Utility pursuant to law and Policy  All offers are accepted for honor pursuant to Title 50 USC §74307(c); 40 Stat §411, Section 7(c) and 50 USC §4305(b)(2)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Elfar | Youssef | Bishara | |

10. OPTIONAL FILER REFERENCE DATA:
[990-b]

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)**    International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS

| 11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as Item 1a on Amendment form |
|---|
| 207763435360 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as Item 9 on Amendment form

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S SURNAME |  |
|---|---|
| Elfar | |
| FIRST PERSONAL NAME | |
| Youssef | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Bishara | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction Item 13)  Provide only **one** Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME

OR

| 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

COMMERCIALLY REGISTERED NEGOTIABLE SECURITY INSTRUMENT NOTE, titled "Negotiable Security, serial # 0000121320 ", with FACE VALUE $990,000.00 (Nine Hundred Ninety Thousand Dollars and 00/100 Dollars), HAS BEEN ENDORSED AND ASSIGNED TO account of the United States as an Obligation or Security pursuant to 18 U.S. Code §8, Public Law 73-10, Chapter 48 STAT §112 and §113 to be disbursed as cash or credit through the Treasury Alien Property Custodian for PAYEE, MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or, Fay Servicing, LLC or Bank of America, N.A., TO PAY OFF, SET OFF, SETTLE, AND DISCHARGE WITH FULL CLOSURE OF CLAIMED DEBT LIEN Account Number 180884  FOR FULL PAYMENT, FULL DISCHARGE, FULL RELEASE, FULL SATISFACTION, FULL SETTLEMENT, PERMANENT SET OFF, AND FULL PERMANENT CLOSURE OF  MORTGAGE PROMISSORY NOTE AND MORTGAGE LIEN SECURITY Account Number 180884. Maker is a Transmitting Utility pursuant to law, policy, and legal definitions. All offers are accepted for honor pursuant to Title 50 USC § 4307(e),  40 Stat §411, Section 7(e) and 50 USC §4305(b)(2).

| 15. This FINANCING STATEMENT AMENDMENT | 17 Description of real estate |
|---|---|
| ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing | |
| 16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest). | |

**COLLATERAL DESCRIPTION, CONTINUED**

JOSEPH B ELFAR, ESTATE

Credit Payoff Agreement Security Instrument NOTE, and Security Lien Release document shall be issued upon registry of NEGOTIABLE SECURITY serial No. 0000121320 , into the Commercial Registry pursuant to the SEC Rules with Financing Statement Amendment and shall be accepted by the Bank Authorized Agent or Representative Employee for: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or Fay Servicing, LLC or Bank of America, N.A., under AGENT/Principal relationship, for payment from U.S. Treasury Alien Property Custodian, to legally discharge, close, settle, pay off, set off, and Closure of my claimed debt account No. 180884.  The Secured Party is a Transmitting Utility by definition of law. All offers are accepted for honor pursuant to Title 50 USC §4307(e), 50 USC §4305(b)(2) and 40 Stat §411, Section 7(e) .

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

JOSEPH B ELFAR
5330 SPRINGRIDGE COURT,
FAIRFIELD, CALIFORNIA [94534]

Acknowledged
File Date: 02/21/2020
File Number: 2077635286
Jurisdiction: CALIFORNIA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. |
|---|---|
| 207763435360      02/20/2020 | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☒ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:    AND  Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JOSEPH B ELFAR, ESTATE | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5330 SPRINGRIDGE COURT | FAIRFIELD | CA | 94534 | USA |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☒ ASSIGN collateral

In harmony with United States Code Title 50 USC § 4307(e) and §4305(b)(2): DEBTOR OF RECORD HEREIN ENTERS INTO THE COMMERCIAL REGISTRY THE FOLLOWING ITEMS OF PROPERTY Assigned, ACCEPTED FOR VALUE EXEMPT FROM LEVY NEGOTIABLE SECURITY INSTRUMENT titled "Negotiable Security, serial # 0000121320 ", with FACE VALUE $990,000.00 (Nine Hundred Ninety Thousand Dollars and 00/100 Dollars), MAKER and PAYOR: JOSEPH B ELFAR, PAYEE: MFRA Trust 2014-2 or, Wilmington Trust, N.A as Trustee for MFRA Trust 2014-2, or, Fay Servicing, LLC or Bank of America, N.A ; U.S. TREASURY ACCOUNT 546431106 IS DISBURSEMENT OF REDEMPTION FUNDS ASSETS TRANSFER INTO PAYEE-BANK DEBT ACCOUNT NUMBER 180884, NEGOTIABLE CREDIT AGREEMENT PAYOFF SECURITY INSTRUMENT NOTE Serial NUMBER 0000121320 and Debt Lien Release and SatisfactION, TO BE RECEIVED AND ACCEPTED BY Authorized AGENT or Employee Representative for MFRA Trust 2014-2 or, Wilmington Trust, N.A as Trustee for MFRA Trust 2014-2 or Fay Servicing, LLC or Bank of America, N.A , on the account of the United States an Obligation or Security pursuant to 18 U.S. Code §8, to be disbursed as cash or credit for the Bank as property and asset with debt or assessed tax account being Paid, Set Off, Settled, with Closure of claimed Debt or assessed tax Account Number 180884 through the United States Treasury Alien Property Custodian for discharge, payment, or credit without using a check clearinghouse  Maker is a Transmitting Utility pursuant to law and Policy  All offers are accepted for honor pursuant to Title 50 USC §"4307(e) 40 Stat §411, Section 7(e) and 50 USC §4305(b)(2)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT  Provide only one name (9a or 9b) (name of Assignor if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Elfar | Youssef | Bishara | |

10. OPTIONAL FILER REFERENCE DATA
[990-b]

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
**FOLLOW INSTRUCTIONS**

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
207763435360

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

| | 12a. ORGANIZATION'S NAME |
|---|---|
| OR | 12b. INDIVIDUAL'S SURNAME<br>Elfar |
| | FIRST PERSONAL NAME<br>Youssef |
| | ADDITIONAL NAME(S)/INITIAL(S)<br>Bishara | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13) Provide only **one** Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name), see Instructions if name does not fit

| | 13a. ORGANIZATION'S NAME |
|---|---|
| OR | 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

COMMERCIALLY REGISTERED NEGOTIABLE SECURITY INSTRUMENT NOTE, titled "Negotiable Security, serial # 0000121320 ", with FACE VALUE $990,000.00 (Nine Hundred Ninety Thousand Dollars and 00/100 Dollars), HAS BEEN ENDORSED AND ASSIGNED TO account of the United States as an Obligation or Security pursuant to 18 U.S. Code §8, Public Law 73-10, Chapter 48 STAT §112 and §113 to be disbursed as cash or credit through the Treasury Alien Property Custodian for PAYEE, MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or, Fay Servicing, LLC or Bank of America, N.A., TO PAY OFF, SET OFF, SETTLE, AND DISCHARGE WITH FULL CLOSURE OF CLAIMED DEBT LIEN Account Number 180884  FOR FULL PAYMENT, FULL DISCHARGE, FULL RELEASE, FULL SATISFACTION, FULL SETTLEMENT, PERMANENT SET OFF, AND FULL PERMANENT CLOSURE OF  MORTGAGE PROMISSORY NOTE AND MORTGAGE LIEN SECURITY Account Number 180884. Maker is a Transmitting Utility pursuant to law, policy, and legal definitions. All offers are accepted for honor pursuant to Title 50 USC § 4307(e),  40 Stat §411, Section 7(e) and 50 USC §4305(b)(2).

15. This FINANCING STATEMENT AMENDMENT:
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

17. Description of real estate:

18. MISCELLANEOUS:

International Association of Commercial Administrators (IACA)
**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)

# Negotiable Security, Serial No. 0000121321

By my signature below, I. Youssef Far, a.k.a Joseph B Elfar, a.k.a. Youssef Elfar, certify this negotiable instrument (note) is an unconditional promise to pay, with unconditional permission to be traded; replacing all prior promises, if any; and I hereby promise to **pay as follows:**

**Pay to the Order of:** MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or, or Fay Servicing, LLC or Bank of America, N.A. or assignee, or agent, the amount of $384,000.00 (Three Hundred and Eighty FourThousand Dollars and 00/100 Dollars) with no interest, without recourse, to settle discharge and close account # 180884.

Commercially Registered in California Secretary of State as UCC file No.  *207763436/39*

<u>Terms and Conditions</u>:

(1) To obtain aforesaid amount, present this instrument to me, in person, at my home address of 5330 Springridge Court, Solano County, California Republic

(2) **THIS IS AN UNCONDITIONAL PROMISE TO PAY:** I waive refund of all excess payment. I waive all objection to holder trading or selling this negotiable instrument, whereby such trade or sale immediately terminates all obligation due from JOSEPH B BELFAR, in harmony with  50 U.S.C  4305(b)(2), 50 U.S.C 4307(c)  and 40 Stat 411 sec 7(c)  95 Stat 1227-1229 Sec 4 (c), U.C.C § 3-t04(c) ("a promise"), U.C.C § 3-310 (2) ("discharge") & § 3-603(b) (Tender of Payment)   Payee and holder accepts this payment being a complete discharge and settlement for closure of the obligation to the extent of the payment amount above  this negotiable instrument  (note) began as my property, which, by my signature below, I now wholly convey this property to holder for complete settlement, acquittance and discharge of said account, in harmony with:  50 U.S.C 4307(e), 50 U.S.C 4305(b)(2), 12 U.S.C  §1813 (l) ("promissory note").  Statute At Large 48 Stat 112, 73d Congress SESS  I, Chapters 46-48, a k a  Public Law 73-10, 22 U.S.C  §1631d, U N  Treaty under "UNCITRAL" United Nations Commission on International Trade Law, see particularly page 41, paragraph 12 re definition of a promissory note, the concept of being a Private Banker  32 U.S.C § 533 2 (1) (2)(c) see Bank of Augusta  1 arle, 13 pet (US) 519 S Ct (1839)  15US C sec  77bb(b) am  acts  as the sole source and substance for payment  all amounts herein  there is no other source behind this payment  ....... .......  offers are accepted in harmony with 50 U.S C  4305(b)(2), 50 U S C  4307(c), and 40 Stat 411 sec 7(c)

## Jurat

Sworn and subscribed before me on this 30 day of JANUARY on this 30 day of 2020. the man, Youssef Far proving to me through satisfactory government issued picture identification, to be the man who signed below this paragraph, as one of the people of California, stating that he signed this document voluntarily for its stated purpose.

Youssef Far: JP  Al

Signature of Notary: Ana K. Cisneros Ramos    Commission Expires  03/12/2021

Notary Printed name  Ana  K.  Cisneros  Ramos









Pay to the Order of the United States
Care of Treasury Alien Property Custodian
and charge the same to
Youssef Far: (father, son holy ghost)
For Credit, Without Recourse

By: _____

All offers accepted for honor pursuant to
40 Stat 411, sec. 7(e); 50 U.S.C. 4305(b)(2) and
50 U.S.C. 4307(e).

# State of California

## SECRETARY OF STATE

I, ALEX PADILLA, Secretary of State of the State of California hereby certify:

That ANA K CISNEROS-RAMOS was appointed a notary public in and for the State of California for a term of four years commencing March 13, 2017, and ending March 12, 2021, commission number 2186314, and

I FURTHER CERTIFY that the aforesaid person complied with the provisions of the Section 8213 of the California Government Code by filing an oath of office and official bond with the appropriate county clerk, thereby qualifying as a notary public as evidenced by the certificate of said county clerk, which is on file in my office pursuant to law.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 13th day of February, 2020.

Secretary of State

NP-24 A (REV 1-07)

OSP 12 128262

State of Illinois
County of Clark } SS

I, Laura H Lee, County Clerk and Recorder in and for said County, in the State aforesaid do hereby certify that I am keeper of the records, files and seal of said County and by law required to keep and maintain said records in the performance of my official duties as Clerk and Recorder and that the foregoing is a true perfect, and complete copy as the same appears from the records and files now in this office remaining *In Testimony Whereof,* I have hereunto set my hand and affixed the seal of office, at my office in Marshall, this 27th day of February , 20 20

Laura H. Lee
**Laura H Lee, County Clerk/Recorder**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC eZFILE
2020 Hurley Way
Sacramento, CA 95825

**Acknowledged**
**File Date: 02/20/2020**
**File Number: 207763436139**
**Jurisdiction: CALIFORNIA**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JOSEPH B ELFAR, ESTATE | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5330 SPRINGRIDGE COURT | FAIRFIELD | CA | 94534 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Elfar | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 910 Via Grande Avenue | Morgan Hill | CA | 94534 | USA |

4. COLLATERAL: This financing statement covers the following collateral

In harmony with United States Code Title 50 USC §?4307(e) and § 4305(b)(2): DEBTOR OF RECORD HEREIN ENTERS INTO THE COMMERCIAL REGISTRY this COLLATERAL DEPOSIT to be REGISTERED· SECURITY and upgrading Credit Agreement, "Negotiable Security, Serial Number 0000121321 ", for $384,000.00 (Three Hundred Eighty Four Thousand Dollars and 00/100 Dollars), PAYOR: JOSEPH B ELFAR, PAYEE: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or Fay Servicing, LLC or Bank of America, N.A.; being an official security, Legal Tender, U.S. Currency, and Money pursuant to Federal Reserve Act, §16; TENDER ACT; Title 12 U.S.C §411; and legal definitions of Law as lawful money to pay all debts both private and public in compliance with U.C.C., Banking Laws, and SECURITY EXCHANGE COMMISSION, SEC, Statutes pursuant to Public Law and Policy and shall pay off the Registered Debt (Mortgage Debt Lien Release Security and Mortgage NOTE Account No. Number 180884), as legal form of bank money. Security serial Number 0000121321 , to be assigned to the United States TREASURY alien property custodian to be paid or credited as an Obligation or Security pursuant to 18 U.S. Code §8, now discharges the debt. This WITHOUT PREJUDICE Credit Lien Satisfaction and Release Security Instrument Legal Document is used pursuant to law to

5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[384]

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

JOSEPH B ELFAR, ESTATE

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only **one** additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME   Provide only **one** name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
Release, Satisfy, Set Off, and Closure of the claimed debt Account No. Number 180884  The commercial registered Credit Payoff Agreement Security Instrument NOTE, and Security Lien Release document shall be issued upon registry of NEGOTIABLE SECURITY serial No  0000121321 , into the Commercial Registry pursuant to the SEC Rules with Financing Statement Amendment and shall be accepted by the Bank Authorized Agent or Representative Employee for PAYEE: MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or Fay Servicing, LLC or Bank of America, N.A., under AGENT/Principal relationship, for payment from U.S Treasury Alien Property Custodian, to legally discharge, close, settle, pay off, set off, and Closure of my claimed debt account No. 180884   The Secured Party is a Transmitting Utility by definition of law  All offers are accepted for honor pursuant to Title 50 USC §74307(c), 50 USC §4305(b)(2) and 40 Stat §411, Section 7(c)  The commercial

| 13 | ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  (if applicable) | 14. This FINANCING STATEMENT |||
|---|---|---|---|---|
| | | ☐ covers timber to be cut | ☐ covers as-extracted collateral | ☐ is filed as a fixture filing |
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest) | | 16. Description of real estate |||

**COLLATERAL DESCRIPTION, CONTINUED**

JOSEPH B ELFAR, ESTATE

registered Credit Payoff Agreement Security Instrument NOTE, and Security Lien Release
document shall be issued upon registry of NEGOTIABLE SECURITY serial No. 0000121321 ,
into the Commercial Registry pursuant to the SEC Rules with Financing Statement Amendment
and shall be accepted by the Bank Authorized Agent or Representative Employee for: MFRA
Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2, or Fay Servicing,
LLC or Bank of America, N.A., under AGENT/Principal relationship, for payment from U.S.
Treasury Alien Property Custodian, to legally discharge, close, settle, pay off, set off, and
Closure of my claimed debt account No. 180884   The Secured Party is a Transmitting Utility by
definition of law. All offers are accepted for honor pursuant to Title 50 USC §?4307(e), 50 USC
§4305(b)(2) and 40 Stat §411, Section 7(e) .

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

UCC eZFILE
2020 Hurley Way
Sacramento, CA 95825

**Acknowledged**
**File Date: 02/21/2020**
**File Number: 2077635832**
**Jurisdiction: CALIFORNIA**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 207763436139    02/20/2020 | Fler: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☒ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
   For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
   Check one of these two boxes:       AND   Check one of these three boxes to:
   This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | |
|---|---|---|
| JOSEPH B ELFAR, ESTATE | | |
| 7b. INDIVIDUAL'S SURNAME | | |
| | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | |
| | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5330 SPRINGRIDGE COURT | FAIRFIELD | CA | 94534 | USA |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:    ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☒ ASSIGN collateral

In accordance with United States Code Title 50 UEC (PH397m) and § 4305(b)(2). DEBTOR OF RECORD HEREIN ENTERS INTO THE COMMERCIAL REGISTRY THE FOLLOWING ITEMS OF PROPERTY. Assigned, ACCEPTED FOR VALUE EXEMPT FROM LEVY: NEGOTIABLE SECURITY INSTRUMENT titled "Negotiable Security, serial # 0000131321 ", with FACE VALUE $384,000.00 (Three Hundred Eighty Four Thousand Dollars and 00/100 Dollars), MAKER and PAYOR: JOSEPH B ELFAR; PAYEE: MPRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MPRA Trust 2014-2, or, Fay Servicing, LLC or Bank of America, N.A., U.S TREASURY ACCOUNT 54453110# IS DISBURSEMENT OF REDEMPTION FUNDS ASSETS TRANSFER INTO PAYEE BANK DEBIT ACCOUNT NUMBER 180884, NEGOTIABLE CREDIT AGREEMENT PAYOFF SECURITY INSTRUMENT NOTE Serial NUMBER 0000131321 and Debt Lien Release and Satisfaction, TO BE RECEIVED AND ACCEPTED BY Authorized AGENT or Employee Representative for MPRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MPRA Trust 2014-2, or Fay Servicing, LLC or Bank of America, N.A., on the amount of the United States as Obligation or Security pursuant to 18 U.S. Code §8, to be disbursed as cash or credit for the Bank as property and asset with debit or assessed tax account being Paid, Set Off, Settled, with Closure of claimed Debt or assessed tax Account Number 180884 through the UNITED STATES TREASURY ALIEN PROPERTY CUSTODIAN for discharge, payment, or credit without using a check clearinghouse. Maker is a Transmitting Utility pursuant to law and Policy. All offers are accepted for honor pursuant to Title 50 UEC (PH397m), 48 Stat §411, Section 7(a) and 50 UEC (43305(b)(2). COMMERCIALLY REGISTERED NEGOTIABLE SECURITY INSTRUMENT NOTE, titled "Negotiable Security, serial # 0000131321 ", with FACE VALUE

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
   If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Elfar | Youssef | Bishara | |

10. OPTIONAL FILER REFERENCE DATA:
[384-corrected]

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS

| | |
|---|---|
| 11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as Item 1a on Amendment form | |
| 207763436139 | |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as Item 9 on Amendment form

| | |
|---|---|
| 12a. ORGANIZATION'S NAME | |

OR

| 12b. INDIVIDUAL'S SURNAME |
|---|
| Elfar |
| FIRST PERSONAL NAME |
| Youssef |
| ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX |
| Bishara |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction Item 13); Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

| 13a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral)

$384,000.00 (Three Hundred Eighty Four Thousand Dollars and 00/100 Dollars), HAS BEEN ENDORSED AND ASSIGNED TO account of the United States as an Obligation or Security pursuant to 18 U.S. Code §8, Public Law 73-10, Chapter 48 STAT §112 and §113 to be disbursed as cash or credit through the Treasury Alien Property Custodian for PAYEE, MFRA Trust 2014-2 or, Wilmington Trust, N.A. as Trustee for MFRA Trust 2014-2 or, Fay Servicing, LLC or Bank of America, N.A., TO PAY OFF, SET OFF, SETTLE, AND DISCHARGE WITH FULL CLOSURE OF CLAIMED DEBT LIEN Account Number 180884  FOR FULL PAYMENT, FULL DISCHARGE, FULL RELEASE, FULL SATISFACTION, FULL SETTLEMENT, PERMANENT SET OFF, AND FULL PERMANENT CLOSURE OF  MORTGAGE PROMISSORY NOTE AND MORTGAGE LIEN SECURITY Account Number 180884. Maker is a Transmitting Utility pursuant to law, policy, and legal definitions. All offers are accepted for honor pursuant to Title 50 USC §?4307(e), 40 Stat § 411, Section 7(e) and 50 USC § 4305(b)(2).

| 15. This FINANCING STATEMENT AMENDMENT | 17. Description of real estate: |
|---|---|
| ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing | |
| 16. Name and address of a RECORD OWNER of real estate described in Item 17 (if Debtor does not have a record interest): | |



**Arbitration Agreement:** This Request is made pursuant to the arbitration agreement which the parties made as follows (cite location of arbitration provision and attach two (2) copies of entire agreement).

See enclosed part of contract "Demand for Proof of Claim" -
(1) at or near page 2 under paragraph under heading "How and Where to Respond:", last sentence;
(2) at or near page 4, under heading "Exhaustion of Administrative Procedure according to Doctrine"
first sentence;
(3) at or near page 11, under heading "Arbitration and Mediation Clause:" (see the 5 paragraphs therein);
(4) page 1 references "Notice of Redraft of Contract No. / Loan # 180884 by Affidavit & Settlement Agreement".
------------------------------------------------------------
See enclosed part of contract, "Notice of Redraft of Contract No. / Loan # 180884by Affidavit & Settlement Agreement", at or near:
(1) page 1 shows "Exhibits" which incorporate said "Demand for Proof of Claim";
(2) at or near page 2 under heading "How and Where to Respond:", last sentence;
(3) at or near page 8, paragraphs 33 & 34, requires response to said "Demand for Proof of Claim";
(4) at or near page 10, paragraph 42, states "...the arbitrator or modify..."

**Claim & Relief Sought By Claimant:** Claimant asserts the following claim and seeks the following relief (include amount in controversy, if applicable).

see paragraphs 35. to 42. under heading "Settlement Agreement - Part II" within in said "Notice of Redraft of Contract No. / Loan # 180884 by Affidavit & Settlement Agreement".

**Statement of Defence:** Upon receipt of the Request for Arbitration provided by AAMS Administrator, Respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. Send the original response and counter-claim to the claimant at the address stated above with two (2) copies to AAMS Administrator.

Cover Letter to Clerk

Dear Clerk,

Enclosed please find a miscellaneous filing with check for $47. (This is a request for confirmation of an arbitration award – box 896 on Civil Cover Sheet.

Please file the original Certificate of Service to Confirm Arbitration Award with all the documents attached. Then please file-stamp the copy set and mail back to me in the enclosed, postage-paid, pre-addressed envelope

Thank you.

Grantor, ☺ ℗. beneficiary,    10/7/2020