UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH B. ELFAR, a/k/a YOUSSEF FAR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILMINGTON TRUST, N.A. and FAY SERVICING, LLC,<br><br>　　　　　Respondents. | No. 2:20-mc-00273-TLN-KJN<br><br><br>**ORDER** |

Petitioner Joseph B. Elfar ("Petitioner") has filed the instant Motion to Confirm Arbitration Award and to Seal Case. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2020, the magistrate judge filed findings and recommendations (ECF No. 5), which were served on the Petitioner and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. Although Petitioner was granted an extension of time to file objections (ECF No. 7), no objections were filed by the extended deadline.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 5) are ADOPTED IN FULL;
2. Petitioner's motion to confirm arbitration award (ECF No. 1) is DENIED;
3. This action is DISMISSED as frivolous, without prejudice, for lack of federal subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1); and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  February 9, 2021

Troy L. Nunley
United States District Judge